06-CV-01116-CMP

____ FILED        ____ ENTERED
____ LODGED       ____ RECEIVED

AUG 08 2006     NB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a
Washington Corporation,

                              Plaintiff,

        v.

JOHN DOES 1-20 d/b/a/ "Testking,"

                              Defendants.

**CV06 - 1116** JLR

COMPLAINT

## COMPLAINT

Plaintiff, Microsoft Corporation ("Microsoft") brings this action against John Does 1-20, d/b/a/ "Testking," for injunctive relief and damages as follows:

1. This is an action based upon violations of The Copyright Act 17 U.S.C. §101, *et seq.* and the Digital Millennium Copyright Act 17 U.S.C. §1201. All claims herein arise out of Defendants' unlawful copying and distribution of Microsoft's Certification Exams. Plaintiff seeks injunctive relief; monetary damages; an award of attorneys' fees and costs; and such additional relief as this Court deems appropriate.

### Parties

2. The Plaintiff, Microsoft Corporation, is a Washington corporation, with its principal place of business in Redmond, Washington.

3.     Microsoft is unaware of the true names and capacities of defendants sued herein as John Does 1-20, inclusive, and therefore sues these defendants by such fictitious names.  Microsoft will amend this complaint to allege their true names and capacities when ascertained.  Microsoft is informed and believes and therefore alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Microsoft's injuries as herein alleged were proximately caused by such defendants.  These fictitiously named defendants are herein referred to collectively as "defendants."

4.     The actions alleged herein to have been undertaken by the defendants were undertaken by each defendant individually, were actions that each defendant caused to occur, were actions that each defendant authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions each defendant assisted, participated in, or otherwise encouraged, and are actions for which each defendant is liable.  Each defendant aided and abetted the actions of the defendants set forth below, in that each defendant had knowledge of those actions, provided assistance and benefited from those actions, in whole or in part.  Each of the defendants was the agent of each of the remaining defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and with the permission and consent of other defendants.

**Jurisdiction and Venue**

5.     This Court has subject matter jurisdiction over the claims in this action pursuant to the provisions of 17 U.S.C. §501; 28 U.S.C. §1338(a); and 28 U.S.C. §1331.

6.     Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).  The infringing materials that are the subject of this litigation were offered for distribution in this District and the claims alleged in this action arose in this District.

COMPLAINT - 2

**Factual Allegations**

7.      Microsoft is in the business of, among other things, certifying the competency of individuals engaged in various fields of the information technology industry (hereinafter, "Certification Programs").

8.      The purpose of Microsoft's Certification Programs are:   (1) to set an industry wide, worldwide recognized standard of basic competency levels in various fields of the information technology industry;  (2) to maximize efficiency in recruiting, hiring, training, and promoting employees;  (3) to help fill the needs of today's information technology workforce by providing individuals with skills in demand;  (4) to provide industry educators with the standards necessary to prepare individuals to meet the job skills of today.

9.      In order to become certified under any of Microsoft's various Certification Programs, a candidate must pass the required Certification Exam(s).  Microsoft owns and offers as part of its certification programs, among other things, the fifty-five (55) certification exams identified in **Appendix A** to this Complaint.  Each Certification Exam is an original work of authorship fixed in a tangible medium of expression by Microsoft.

10.      Microsoft also protects its Certification Exams by requiring its certified professionals to agree to a Non-Disclosure Agreement.  Students who pass the necessary Certification Exams are eligible to designate themselves as Microsoft Certified Professionals, or "MCPs".  Before an individual may use the MCP designation, he or she must agree to the Microsoft Certified Professional Program Agreement (MCPPA), which identifies the Certification Exams as Microsoft's trade secrets and prohibits, among other things, unauthorized disclosure or distribution of Certification Exam materials.  (The non-disclosure portion of the MCPPA is attached to Microsoft's Complaint as **Exhibit 1** and incorporated herein by reference).

11.     Microsoft further acted to protect its Certification Exams by utilizing a secure procedure to register its copyrights in its various Certification Exams. Microsoft's applications comply with the requirements of the Copyright Act (17 U.S.C. §101, *et seq.*).

12.     The copyright in each of the exams identified in **Appendix A** was registered, using the "secure" filing procedure, with the United States Copyright Office in compliance with the Copyright Revision Act of 1976 (17, U.S.C. §101, *et seq.)* and Copyright Office Regulations. True and correct copies of the certificates of registration for each of the exams identified in **Appendix A** are attached to this Complaint as Exhibits 2-56 and incorporated herein by reference.

13.     Finally, Microsoft protects its Certification Exams by utilizing technological measures such as password protection and "click through" licenses to effectively control access to the exams, granting access to the exams only to those individuals authorized by Microsoft. These technological measures effectively protect Microsoft's exclusive right of reproduction and distribution of the exams.

### Defendants' Unlawful Acts

14.     Defendants operate a web site at the Internet domain name "Testking.com." Through Testking.com, defendants offer for sale training materials allegedly designed to prepare students to successfully pass Microsoft Certification Exams.

15.     Microsoft is informed and believes, and on that basis alleges, that the Microsoft Certification Exam training materials defendants sell through Testking.com contain exam questions and answers that are either identical or substantially similar to Microsoft's copyrighted exam questions and answers. Microsoft has not licensed or authorized defendants to copy or distribute its copyrighted exam content.

16.     Microsoft is informed and believes, and on that basis alleges, that defendants' customers who purchase Microsoft exam questions and answers are not

COMPLAINT - 4

required to pass through any of the technological measures that Microsoft uses to control access to and protect its rights in the exams.

17.    In sum, defendants have provided and are providing, without permission or license from Microsoft, the original copyrighted exam content from Microsoft Certification Exams to Microsoft Certification Candidates via Testking.com.

18.    Microsoft is informed and believes, and on that basis alleges, that in addition to Testking.com, defendants own and/or operate additional websites through which they also sell "training materials" that are identical or substantially similar to Microsoft's copyrighted Certification Exam questions and answers.

19.    Defendants have utilized a number of techniques to conceal their activities with respect to all of their websites, including Testking.com. The techniques defendants have used to conceal their activities include but are not necessarily limited to private registration of their domain names and use of proxies and/or false identities to register their domain names.

20.    Based on the facts alleged herein, defendants have committed, and are committing, thousands of acts of copyright infringement. These acts of infringement are willful, deliberate and committed with knowledge of Microsoft's registered copyrighted material.

## FIRST CAUSE OF ACTION
### Copyright Infringement 17 U.S.C. §501, *et seq.*
### (All Defendants)

21.    Plaintiff realleges and reincorporates herein by reference the allegations contained in Paragraphs 1 through 20 of this Complaint as set forth above.

22.    Microsoft is the author, creator and owner of the right, title and interest in various copyrighted Certification Exams registered with the United States Copyright Office. (See Exhibits 2-56, *supra*).

23.   Defendants willfully infringed Microsoft's copyrights by copying and distributing, without any authorization from Microsoft, infringing copies of the Certification Exams and/or making other infringing use of the Certification Exams in the United States of America.

24.   Microsoft never authorized the defendants to copy or duplicate or license any of the Certification Exams, either in whole or in part, or to offer for sale or sell, or offer access to, any copies of its Certification Exams or individual test questions or answers appearing thereon.

25.   As a result of the foregoing activities, defendants are liable to Microsoft for willful infringement under 17 U.S.C. §501, et seq.

26.   Microsoft has suffered and will continue to suffer, substantial and irreparable damage to its business reputation and goodwill, as well as losses in an amount in excess of $75,000, but not yet fully ascertained, and which will be further determined according to proof.   In addition to Microsoft's actual damages, Microsoft is entitled pursuant to 17 U.S.C. §504, to receive the profits made by defendants from their wrongful acts.   In the alternative, Microsoft is entitled to statutory damages pursuant to 17 U.S.C. §504(c).   These statutory damages should be enhanced in accordance with 17 U.S.C. §504(c)(2) due to the defendants' willful conduct.

27.   Microsoft has no adequate remedy at law for defendants' wrongful conduct in that: (1) Microsoft's copyrights are a unique and valuable property that have no readily determinable market value; (2) the infringement by defendants constitutes interference with Microsoft's goodwill and customer relations; and (3) defendants' wrongful conduct and the damage resulting therefrom is continuing.   Therefore, Microsoft is entitled to injunctive relief pursuant to 17 U.S.C. §502 and to an Order under 17 U.S.C. §503 that any infringing materials should be impounded and destroyed.

28.     Microsoft is also entitled to recover its attorney's fees and costs pursuant to 17 U.S.C. §505.

### PRAYER FOR RELIEF

**WHEREFORE,** Microsoft respectfully requests judgment as follows:

1.     That the Court enter judgment against defendants that they have willfully infringed Microsoft's rights to the copyrighted Certification Exams identified in Appendix A under 17 U.S.C. §501;

2.     That the Court issue permanent and injunctive relief against the defendants and that defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with defendants be enjoined and restrained from:

(a)     Imitating, copying or making any other infringing use or infringing distribution of any Microsoft Certification Exams or variations thereof;

(b)     Using reproductions, counterfeits, copies, or colorable imitations of Microsoft's copyrighted Certification Exams or variations thereof, and the distribution, offering for distribution, circulation, sale, offering for sale, advertising, importing, promoting or displaying of spurious products or merchandise not authorized or licensed by Microsoft;

(c)     Utilizing or maintaining any website to store material that infringes on Microsoft's copyrights;

(d)     Providing in any medium whatsoever any copyrighted material owned by Microsoft; and

COMPLAINT - 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

(c)     Assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraphs (a) through (d) above.

3.     That the Court enter an Order of impoundment pursuant to Section 17 U.S.C. §503 and §509(a) and 28 U.S.C. §1651(a), impounding all infringing copies of Microsoft Certification Exams, and any related item, including business records which are in defendants' possession and under their control.

4.     That the Court enter an Order pursuant to 28 U.S.C. §1651(a) requiring that the domain name Testking.com be transferred to Microsoft.

5.     That the Court enter an Order declaring that defendants hold in trust, as constructive trustees for the benefit of Microsoft, their illegal profits gained from the distribution of infringing copies of Microsoft Certification Exams, and requiring defendants to provide Microsoft with a full and complete accounting of all amounts due and owing to Microsoft as a result of defendants' infringing activities.

6.     That the Court enter an Order instructing defendants, jointly and severally, to pay Microsoft's general, special, actual and statutory damages as follows:

(a)     Microsoft's damages and defendants' profits pursuant to 17 U.S.C. §504(b); or

(b)     In the alternative, enhanced statutory damages pursuant to 17 U.S.C. §504(c)(2) for defendants' willful infringement of Microsoft's copyright.

7.     That the Court Order defendants to pay Microsoft both the cost of this action and reasonable attorneys' fees incurred by Microsoft in prosecuting this action; and

1    8.    That the Court grant Microsoft such additional and further relief as is just

2  and proper.

3    DATED this 8th day of August, 2006.

4

5                                  s/David A. Bateman, WSBA # 14262
                                   PRESTON GATES & ELLIS LLP
6                                  925 Fourth Ave., Suite 2900
                                   Seattle, WA 98104-1158
7                                  Attorneys for Plaintiff
                                   Microsoft Corporation
8                                  Telephone:    (206) 623-7580
                                   Facsimile:    (206) 623-7022
9                                  Email:    dbateman@prestongates.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# APPENDIX A

## Appendix A – Microsoft Certification Exams

| Exam Number | Exam Title |
|---|---|
| 70-086 | Implementing and Supporting Systems Management Server 2.0 |
| 70-122 | Designing and Providing Microsoft Volume License Solutions to Large Organizations |
| 70-123 | Planning, Implementing, and Maintaining a Software Asset Management (SAM) Program |
| 70-210 | Installing, Configuring and Administering Microsoft Windows 2000 Professional |
| 70-214 | Implementing and Administering Security in a Microsoft Windows 2000 Network |
| 70-215 | Installing, Configuring and Administering Microsoft Windows 2000 Server |
| 70-216 | Implementing and Administering a Microsoft Windows 2000 Network Infrastructure |
| 70-217 | Implementing and Administering a Microsoft Windows 2000 Directory Services Infrastructure |
| 70-218 | Managing a Microsoft Windows 2000 Network Environment |
| 70-219 | Designing a Microsoft Windows 2000 Directory Services Infrastructure |
| 70-220 | Designing Security for a Microsoft Windows 2000 Network |
| 70-221 | Designing a Microsoft Windows 2000 Network Infrastructure |
| 70-222 | Migrating from Microsoft Windows NT 4.0 to Microsoft Windows 2000 |
| 70-223 | Configuring and Administering Microsoft Clustering Services by using Microsoft Windows 2000 Advanced |
| 70-224 | Installing, Configuring and Administering Microsoft Exchange 2000 |
| 70-225 | Designing and Deploying a Messaging Infrastructure with Microsoft Exchange 2000 Server |
| 70-226 | Designing Highly Available Web Solutions with Microsoft Windows 2000 Server Technologies |
| 70-227 | Installing, Configuring, and Administering Microsoft Internet Security and Acceleration (ISA) Server |
| 70-228 | Installing, Configuring and Administering Microsoft SQL Server 2000, Enterprise Edition |
| 70-229 | Designing and Implementing Databases with Microsoft SQL Server 2000, Enterprise Edition |
| 70-232 | Implementing and Maintaining Highly Available Web Solutions with MS W2K Server Technologies |
| 70-270 | Installing, Configuring, and Administering Microsoft Windows XP Professional |
| 70-271 | Supporting Users and Troubleshooting a MS Windows XP OS |
| 70-272 | Supporting Users and Troubleshooting Desktop Applications |
| 70-281 | TK's Planning, Deploying, and Managing an Enterprise Project Management Solution |
| 70-282 | TK's Designing, Deploying, and Managing a Network Solution for a Small- and Medium-Sized Business |
| 70-284 | Installing, Configuring, and Administering Microsoft Exchange 2003 Server |
| 70-285 | TK's Designing a Microsoft Exchange Server 2003 Organization |

## Appendix A – Microsoft Certification Exams

| | |
|---|---|
| 70-290 | Managing and Maintaining a Microsoft Windows Server 2003 Environment |
| 70-291 | Implementing, Managing, and Maintaining a Microsoft Windows Server 2003 Network Infrastructure |
| 70-292 | Managing and Maintaining a Microsoft Windows Server 2003 Environment for a W2K MCSA |
| 70-293 | Planning and Maintaining a Microsoft Windows Server 2003 Network Infrastructure |
| 70-294 | Planning, Implementing, and Maintaining a Microsoft Windows Server 2003 AD Infrastructure |
| 70-296 | Planning, Implementing, and Maintaining a Microsoft Windows Server 2003 Environment for a W2K MCSE |
| 70-297 | Designing a Microsoft Windows Server 2003 Active Directory and Network Infrastructure |
| 70-298 | Designing Security for a MS Windows Server 2003 Network |
| 70-299 | Implementing and Administering Security in a Microsoft Windows Server 2003 Network |
| 70-300 | Analyzing Requirements and Defining Microsoft .NET Solution Architectures |
| 70-305 | Developing and Implementing Web Applications with Microsoft Visual Basic.NET |
| 70-306 | Developing and Implementing Windows-based Applications with Microsoft Visual Basic .NET |
| 70-310 | XML Web Services and Server Components with Visual Basic.NET |
| 70-315 | Developing and Implementing Web Applications with Microsoft Visual C# .NET |
| 70-316 | Developing and Implementing Windows-based Applications with Microsoft Visual C# .NET |
| 70-320 | XML Web Services and Server Components with C#.NET |
| 70-330 | Implementing Security for Applications with Microsoft Visual Basic .NET |
| 70-340 | Implementing Security for Applications with Microsoft Visual C# .NET |
| 70-431 | Microsoft SQL Server 2005 Implementation & Maintenance |
| 70-443 | PRO: Designing a Database Server Infrastructure by Using Microsoft SQL Server 2005 |
| 74-131 | Designing a Microsoft Office Enterprise Project Management (EPM) Solution |
| 74-132 | Designing Portal Solutions with MS SharePoint Products |
| 74-133 | Customizing Portal Solutions with Microsoft SharePoint Products and Technologies |
| 74-134 | Pre-Installing MS Products using the OEM Pre-Install Kit |
| 74-135 | Developing E-Business Solutions Using MS BizTalk Server 2004 |
| 74-137 | Developing Microsoft Office Solutions Using XML with Office Professional Edition 2003 |
| 74-139 | Deploying Business Desktops with Microsoft Windows Server 2003 and Microsoft Office 2003 |

**Exhibit 1.**



Microsoft Certified Professional

# Agreement + Guidelines
2003





**Microsoft**

# C E R T I F I E D

*Professional*

# Microsoft Certified Professional Program Agreement

Microsoft Certified Professional,
Microsoft Certified Professional + Internet,
Microsoft Certified Professional + Site Building,
Microsoft Certified Database Administrator,
Microsoft Certified Solution Developer,
Microsoft Certified Trainer,
Microsoft Certified Systems Engineer  and/or
Microsoft Certified Systems Engineer + Internet
Microsoft Certified Systems Administrator
Microsoft Certified Application Developer

This is a legal agreement between you and MICROSOFT CORPORATION ("Microsoft"), a Washington corporation whose address is One Microsoft Way, Redmond, WA 98052-6399. By breaking the seal on the sealed Microsoft Certified Professional Certificate, you are agreeing to be bound by the terms of this Microsoft Certified Professional Program Agreement (the "Agreement"). The terms of the Agreement include the Microsoft Certified Professional Program Logo Guidelines (the "Logo Guidelines") attached hereto and posted online at www.microsoft.com/traincert/ (the "Microsoft Training and Certification Public Web site"). If you do not agree to the terms of this Agreement (including the Logo Guidelines), promptly return the unopened Certification Welcome Kit to Microsoft at the notice address below. The terms of this Agreement shall remain in force and apply to any Microsoft Certified Professional Designations for which you have attained certification, including any of those listed below.

1.  DEFINITIONS

The following terms shall have these defined meanings for the purposes of this Agreement:

(a) "Microsoft Certified Professional Program" ("MCP Program") shall mean the certification program described in this Agreement.

(b) "Microsoft Certified Professional" ("MCP") shall mean an individual who has complied with the certification requirements set by the MCP Program (including, but not limited to, satisfactorily passing the requisite "Microsoft Certified Professional Examinations"), and who, by maintaining current certification as an MCP, is entitled to use one or more of the MCP Designations in accordance with this Agreement.

3. CERTIFICATION

(a) OBTAINING CERTIFICATION. To obtain certification in any of the applicable MCP Designations, you must have successfully complied with the initial certification requirements for that Designation. Certification requirements are available online on the Microsoft Training and Certification Web site, or available from Microsoft at the notice address below. By sending you the Certification Welcome Kit that accompanies this Agreement, Microsoft confirms that, according to its records, you have complied with the initial certification requirements for the applicable MCP Designation(s) indicated in the Certification Welcome Kit.

(b) MAINTAINING CERTIFICATION. To maintain your certification(s), you must comply with any and all applicable continuing certification requirements specified by Microsoft from time to time. You acknowledge and agree that Microsoft may, at its sole discretion, change the certification requirements (both initial and continuing), MCP Designations, and MCP Logos at any time. Microsoft will notify you by e-mail to the e-mail address you provide to Microsoft, of any changes in certification requirements for any certifications you hold. You will be allowed six (6) full calendar months from the date Microsoft sends you its e-mail notice in which to comply with any such changed certification requirements. Once granted, your certification(s) will remain valid if you stay in compliance with all applicable continuing certification requirements. Failure to comply with applicable continuing certification requirements will result in termination of this Agreement pursuant to Section 8.

(c) NON-DISCLOSURE AGREEMENT. All Microsoft certification exams, including the content and wording of exam questions, constitute confidential Microsoft information protected by trade secret law. Anyone obtaining access to MCP exams is obligated to maintain the confidentiality of this information. If an individual is caught violating the Non-Disclosure Agreement to which all examinees must agree before beginning an MCP exam, the candidate will be permanently ineligible for any Microsoft certification. The following shows the text of this agreement:

NON-DISCLOSURE AGREEMENT AND GENERAL TERMS OF USE FOR EXAMS DEVELOPED FOR THE MICROSOFT CERTIFIED PROFESSIONAL PROGRAM

> This exam is Microsoft confidential and is protected by trade secret law. It is made available to you, the examinee, solely for the purpose of becoming certified in the technical area referenced in the title of this exam. You are expressly prohibited from disclosing, publishing, reproducing, or transmitting this exam, in whole or in part, in any form or by any means, verbal or written, electronic or mechanical, for any purpose, without the prior express written permission of Microsoft Corporation. If you, the examinee, fail to comply with the above regulations you shall be permanently ineligible for any further certification. Furthermore, you, the examinee, shall also be decertified from the Microsoft Certified Professional Program and all current certifications associated with it.

4. AUTHORIZATION TO USE MCP DESIGNATIONS AND LOGOS

Subject to and expressly conditioned upon compliance with the terms and conditions of this Agreement, upon your successful completion of the initial certification requirements, and for so long as you remain in compliance with all applicable continuing certification requirements, Microsoft hereby authorizes you to use the MCP Designation(s) for which you have obtained certification, as indicated in the Certification Welcome Kit accompanying this Agreement, and to use any corresponding MCP Logo according to the terms and conditions of this Agreement, including the Logo Guidelines attached hereto. All rights not expressly granted herein are reserved by Microsoft. You acknowledge Microsoft's sole ownership of the MCP logos and Designations, and that nothing in this Agreement, or in your performance as an MCP, or that might otherwise be implied by law, shall operate to give you any right, title or interest in the MCP Designations or Logos, other than the authorization specifically granted herein. You may not use or reproduce the Logos in any manner whatsoever other than as described herein, in the Logo Guidelines, and/or

# Exhibit 2.

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-365-453



EFFECTIVE DATE OF REGISTRATION

SEP 0 6 2001

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Microsoft Exam 70-086: Implementing and Supporting a Microsoft Systems Management Server 2.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
a   Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   1999

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month June   Day 1   Year 1999
Nation U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼   Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

APPLICATION RECEIVED   SEP 06 2001
ONE DEPOSIT RECEIVED   SEP 06 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY _____                    FORM TX

CHECKED BY

☑ CORRESPONDENCE
   Yes

                                              FOR
                                              COPYRIGHT
                                              OFFICE
                                              USE
                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼              **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
a  Microsoft Corporation              Account Number ▼  DA065819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
b  Microsoft Corporation, ATTN: Judy Weston
   One Microsoft Way
   Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                Date▶ August 31, 2001

Handwritten signature (X) ▼
X _____

Mail certificate to:
Name ▼  Microsoft Corporation, ATTN: Judy Weston
        Law and Corporate Affairs
Number/Street/Apt ▼  One Microsoft Way
City/State/ZIP ▼  Redmond, WA 98052

**Exhibit 3.**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-304-159

EFFECTIVE DATE OF REGISTRATION

FEB -3 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Exam 70-122: Designing and Providing Microsoft Volume License Solutions to Large Organizations

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**   NAME OF AUTHOR ▼

Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month   Sep   Day   10   Year   2005
Nation   U.S.A.

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼   Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ONE DEPOSIT RECEIVED
FEB -3 2006

TWO DEPOSITS RECEIVED
FEB -3 2006

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

Page 1 of ____ pages

EXAMINED BY _____ **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**a** Microsoft Corporation       DA069819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**b** Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104      Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Microsoft Corporation**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston         Date ▶ 1-09-06

Handwritten signature (X) ▼
X _____

**9**

Certificate will be mailed in window envelope to:

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/Zip ▼
Redmond, WA 98052

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Exhibit 4.**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-309-806

FEB 02 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Exam 70-123: Planning, Implementing, and Maintaining a Software Asset Management (SAM) Program

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004    Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month December    Day 31    Year 2004
Nation U.S.A.

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**
FEB 02 2006

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼   Microsoft Corporation        Account Number ▼   DA063519

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104     Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston        Date 1.09.06

Handwritten signature (X) ▼
X

**8**

**9**
Mail certificate to
Name ▼   Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼   One Microsoft Way
City/State/ZIP ▼   Redmond, WA 98052

**Exhibit 5.**



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



# FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE 

TX 5-365-443

EFFECTIVE DATE OF REGISTRATION

SEP 0 6 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Microsoft Exam 70-210: Installing, Configuring and Administering Microsoft Windows 2000 Professional

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION

**2** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ ___  Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP
Entire text

NOTE

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2000

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month June  Day 15  Year 2000   U.S.A.

**4** COPYRIGHT CLAIMANT(S)
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
SEP 0 6 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER

MORE ON BACK ▶

**Exhibit 6.**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-2M-472

EFFECTIVE DATE OF REGISTRATION

12    7    05

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Microsoft Exam 70-214:  Implementing and Administering Security in a Microsoft® Windows® 2000 Network

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼          Number ▼              Issue Date ▼              On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2005

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ JANUARY   Day ▶ 15   Year ▶ 2005
U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 0 7 2005

ONE DEPOSIT RECEIVED

DEC 0 7 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

*Verified by C.O. from phone call to Judy Weston on 2-7-06.



Form TX copyright application form (Microsoft Corporation). Certified by Judy K.K. Weston, dated 11/30/05. Mailing address: Microsoft Corporation, ATTN: Judy Weston, Law and Corporate Affairs, One Microsoft Way, Redmond, WA 98052.

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

Microsoft Corporation                         DA083819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ► (425) 936-8104      Fax number ► (425) 936-7329

Email ► judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                              Date► August 31, 2001

Handwritten signature (X) ▼

X _____

Mail certificate to:  Name ▼ Microsoft Corporation, ATTN: Judy Weston Law and Corporate Affairs  Number/Street/Apt ▼ One Microsoft Way  City/State/ZIP ▼ Redmond, WA 98052

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Exhibit 7.**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-365-445

EFFECTIVE DATE OF REGISTRATION

SEP 0 6 2001

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Microsoft Exam 70-215: Installing, Configuring, and Administering Microsoft Windows 2000 Server

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
**a** Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2000

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month JUNE   Day 22   Year 2000
Nation U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
SEP 06 2001
ONE DEPOSIT RECEIVED
SEP 06 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**Exhibit 8.**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM TX** 
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TX 5-365-442**

EFFECTIVE DATE OF REGISTRATION

**SEP 0 6 2001**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Exam 70-216; Implementing and Administering a Microsoft Windows 2000 Network Infrastructure

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **June**  Day **9**  Year **2000**
Nation **U.S.A.**

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

**APPLICATION RECEIVED**
SEP 06 2001
**ONE DEPOSIT RECEIVED**
SEP 06 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _TMS_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

a   Microsoft Corporation                 DA063810

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b   Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052

    Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329

    Email ▶ judywe@microsoft.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
                                            ☐ author
    Check only one ▶                        ☐ other copyright claimant
                                            ☐ owner of exclusive right(s)
                                            ☒ authorized agent of _Microsoft Corporation_
                                               Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                            Date ▶ August 31, 2001

         Handwritten signature (X) ▼

Mail
certificate
to:

| Name ▼ | Microsoft Corporation. ATTN: Judy Weston |
|        | Law and Corporate Affairs |
| Number/Street ▼ | One Microsoft Way |
| City/State/ZIP ▼ | Redmond, WA 98052 |

Certificate
will be
mailed in
window
envelope

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1999—60,000          ⬤ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/09,089

**Exhibit 9.**

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
United States of America

**FORM TX** 
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-365-457

EFFECTIVE DATE OF REGISTRATION

SEP 0 6 2001

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Microsoft Exam 70-217: Implementing and Administering a Microsoft Windows 2000 Directory Services Infrastructure

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give. Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2000   ◀ Year In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ June   Day ▶ 29   Year ▶ 2000
ONLY if this work has been published.
U.S.A.   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
SEP 08 2001
ONE DEPOSIT RECEIVED
SEP 0 6 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____ J̲.̲u̲.̲s̲.̲

CHECKED BY

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

○ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

a   Microsoft Corporation                 DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

b   Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052

Area code and daytime telephone number ► (425) 936-9104        Fax number ► (425) 936-7329

Email ► judywe@microsoft.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                              Date ► August 31, 2001

Handwritten signature (X) ▼

X _____

**Mail certificate to:**
Name ▼    Microsoft Corporation, ATTN: Judy Weston
          Law and Corporate Affairs
Number/Street/Apt ▼
          One Microsoft Way
City/State/Zip ▼
          Redmond, WA 98052

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1999—50,000                 U.S. GOVERNMENT PRINTING OFFICE 1999-454/xxx-xxx

**Exhibit 10.**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-790-340**

EFFECTIVE DATE OF REGISTRATION

**OCT 01 2003**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Exam 70 218  Managing a Microsoft Windows 2000 Environment

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼        Number ▼                Issue Date ▼              On Pages ▼

**2**

**a**  **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - complete computer program documentation text on packaging.   ENTIRE TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2002

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 24   Year ▶ 2002
U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
OCT 01 2003
**ONE DEPOSIT RECEIVED**
OCT 01 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-10) on the reverse side of this page.    **DO NOT WRITE HERE**
See detailed instructions.        Sign the form at line 8.

Page 1 of __ pages

Amended by C O authority per telephone conversation
of 10-1-03 with Judy Weston

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼  Microsoft Corporation   Account Number ▼  DA063819

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104    Fax number ▶ (425) 936 7329
Email ▶ judywe@microsoft.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K K Weston                                    Date ▶ 9 29 03

Handwritten signature (X) ▼
X _____

**9**
Mail certificate to
Name ▼  Microsoft Corporation ATTN  Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼  One Microsoft Way
City/State/ZIP ▼  Redmond  WA 98052

Certificate will be mailed in window envelope

**Exhibit 11.**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-365-461

EFFECTIVE DATE OF REGISTRATION

SEP 0 6 2001

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Microsoft Exam 70-219: Designing a Microsoft Windows 2000 Directory Services Infrastructure

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe the nature of material created by this author in which copyright is claimed. ▼
Entire text

NOTE

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe the nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe the nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2000

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month June   Day 27   Year 2000
Nation U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

APPLICATION RECEIVED
SEP 0 6 2001
ONE DEPOSIT RECEIVED
SEP 0 6 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

Page 1 of __ pages

EXAMINED BY _T.M.E._  FORM TX

CHECKED BY

☑ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

6

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                               Account Number ▼

7a  Microsoft Corporation                           DA065819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

7b  Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052
    Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329
    Email ▶ judywre@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Microsoft Corporation__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                Date ▶ August 31, 2001

✍ X _[signature]_

**Mail certificate to:**
Name ▼ Microsoft Corporation, ATTN: Judy Weston
       Law and Corporate Affairs
Number/Street/Apt ▼  One Microsoft Way
City/State/ZIP ▼  Redmond, WA 98052

Certificate will be mailed in window envelope

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—40,000                    ☻ printed on recycled paper          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999 454-879-90/030