Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a
Washington corporation,

No. CV06-1116JLR

Plaintiff,

DECLARATION OF
DAVID A. BATEMAN

v.

JOHN DOES 1-20 d/b/a/ "Testking",

Defendants.

I, David Bateman, hereby declare as follows:

1.    I am attorney of record for Microsoft in this matter.  I am over the age of eighteen, have personal knowledge of the matters set forth herein, and am competent to testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the <testking.com> home page, which appears at the URL http://www.testking.com.

3.    Attached hereto as Exhibit 2 is a true and correct copy of web page that appears at the URL http://www.testking.com/About-Us.htm.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the first page of the results of a search for the terms "Testking" and "Microsoft" using the MSN Internet search

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  engine.

2       5.    Attached hereto as Exhibit 4 is a true and correct copy of the publicly available

3  whois record for &lt;testking.com&gt;.

4       6.    Attached hereto as Exhibit 5 are true and correct copies of the home page and

5  publicly available whois record for the domain name &lt;123cert.com&gt;.

6       7.    Attached hereto as Exhibit 6 are true and correct copies of the home page and

7  publicly available whois record for the domain name &lt;actual-exams.com&gt;.

8       8.    Attached hereto as Exhibit 7 are true and correct copies of the home page and

9  publicly available whois record for the domain name &lt;braindumpcentral.com&gt;.

10       9.    Attached hereto as Exhibit 8 are true and correct copies of the home page and

11  publicly available whois record for the domain name &lt;braindumps.com&gt;.

12       10.    Attached hereto as Exhibit 9 are true and correct copies of the home page and

13  publicly available whois record for the domain name &lt;braindumps.net&gt;.

14       11.    Attached hereto as Exhibit 10 are true and correct copies of the home page and

15  publicly available whois record for the domain name &lt;braindumps-central.com&gt;.

16       12.    Attached hereto as Exhibit 11 are true and correct copies of the home page and

17  publicly available whois record for the domain name &lt;braindumpsinfo.com&gt;.

18       13.    Attached hereto as Exhibit 12 are true and correct copies of the home page and

19  publicly available whois record for the domain name &lt;braindumpsmail.com&gt;.

20       14.    Attached hereto as Exhibit 13 are true and correct copies of the home page and

21  publicly available whois record for the domain name &lt;braindumps-tutorial.com&gt;.

22       15.    Attached hereto as Exhibit 14 are true and correct copies of the home page and

23  publicly available whois record for the domain name &lt;certguide.com&gt;.

24       16.    Attached hereto as Exhibit 15 are true and correct copies of the home page and

25  publicly available whois record for the domain name &lt;certheaven.com&gt;.

26

DECLARATION OF
DAVID A. BATEMAN - 2
Case No. . CV06-1116JLR
K:\00103\02908\CTV\CTV_P20LX

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

17.     Attached hereto as Exhibit 16 are true and correct copies of the home page and publicly available whois record for the domain name <certhq.com>.

18.     Attached hereto as Exhibit 17 are true and correct copies of the home page and publicly available whois record for the domain name <certification-offer.com>.

19.     Attached hereto as Exhibit 18 are true and correct copies of the home page and publicly available whois record for the domain name <certification-online-program.com>.

20.     Attached hereto as Exhibit 19 are true and correct copies of the home page and publicly available whois record for the domain name <certification-paper.com>.

21.     Attached hereto as Exhibit 20 are true and correct copies of the home page and publicly available whois record for the domain name <certification-portal.com>.

22.     Attached hereto as Exhibit 21 are true and correct copies of the home page and publicly available whois record for the domain name <certifyexpress.com>.

23.     Attached hereto as Exhibit 22 are true and correct copies of the home page and publicly available whois record for the domain name <certyourself.com>.

24.     Attached hereto as Exhibit 23 are true and correct copies of the home page and publicly available whois record for the domain name <cram4exams.com>.

25.     Attached hereto as Exhibit 24 are true and correct copies of the home page and publicly available whois record for the domain name <exact-exams.com>.

26.     Attached hereto as Exhibit 25 are true and correct copies of the home page and publicly available whois record for the domain name <exactquestions.com>.

27.     Attached hereto as Exhibit 26 are true and correct copies of the home page and publicly available whois record for the domain name <mcsebraindumps.com>.

28.     Attached hereto as Exhibit 27 are true and correct copies of the home page and publicly available whois record for the domain name <mcseguide.com>.

29.     Attached hereto as Exhibit 28 are true and correct copies of the home page and

DECLARATION OF
DAVID A. BATEMAN - 3
Case No. . CV06-1116JLR
K:\00103\02908\CTV\CTV_P20LX

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  publicly available whois record for the domain name <microsoft-braindumps.com>.

2      30.     Attached hereto as Exhibit 29 are true and correct copies of the home page and

3  publicly available whois record for the domain name <microsoft-training-exam.com>.

4      31.     Attached hereto as Exhibit 30 are true and correct copies of the home page and

5  publicly available whois record for the domain name <perfect-braindumps.com>.

6      32.     Attached hereto as Exhibit 31 are true and correct copies of the home page and

7  publicly available whois record for the domain name <questions-central.com>.

8      33.     Attached hereto as Exhibit 32 are true and correct copies of the home page and

9  publicly available whois record for the domain name <real-exams.com>.

10      34.     Attached hereto as Exhibit 33 are true and correct copies of the home page and

11  publicly available whois record for the domain name <studyguide-testking.com>.

12      35.     Attached hereto as Exhibit 34 are true and correct copies of the home page and

13  publicly available whois record for the domain name <training-test-paper.com>.

14

     I declare under penalty of perjury that the foregoing is true and correct:

15
     EXECUTED this 15th day of August, 2006 at Seattle, WA.
16

17

18                                                    David A. Bateman

19

20

21

22

23

24

25

26

DECLARATION OF
DAVID A. BATEMAN - 4
Case No. . CV06-1116JLR
K:\00103\02908\CTV\CTV_P20LX

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022





A+ Certification · MCSE Training · CCNA Certification · CISSP Training · CCIE Certification

## Test King Premium Exam Training Tools and Resources - Guaranteed Certification
Microsoft, Cisco, CompTIA, Oracle, ISC, Citrix, CheckPoint - Find yours today!

SIGN UP   LOGIN

Username:

Password:

HOME

PRODUCTS

3COM
Adobe
APC
Apple
Avaya
BEA
BICSI
Checkpoint
Cisco
Citrix
CIW
CompTIA
Computer Associates
CWNA
Dell
ECCouncil
EMC
Enterasys
ETA
Exam Express
Exin
Extreme Networks

### QUESTIONS AND ANSWERS
WITH EXPLANATIONS

Test King Questions and Answers provide you the complete coverage of the certification exams. Our testing questions and answers have the most accurate and precise explanations as every training kit was prepared by veteran Certified Experts at Test King. Each preparation exam will make you feel like you're taking the actual exam!

LEARN MORE

### AUDIO EXAMS

Audio Exams from Testking.com are the new way to study for your next exam - ANYWHERE! Take the power of Testking study resources and take them with you in your iPod, thumbdrive, or listen to them with almost any media player! All Audio Exams are available in High and Low bandwidth options.

LEARN MORE

### STUDY GUIDES

The Test King Study Guides are even better than the original Tutorial User Guides! Our guide books provide the

SHOPPING CART

INTERACTIVE TESTING ENGINE:
TRY IT NOW!

DISCUSSION FORUM

CORPORATE AND TRAINING LICENSING

SAVE 10% ON YOUR NEXT PURCHASE
REFER A FRIEND NOW

FileMaker
Fortinet
Foundry
Fujitsu
Guidance Software
HDI
Hitachi
HP
Huawei
Hyperion
IBM
IISFA
Intel
Isaca
ISC
ISEB
ISM
Juniper
Legato
Lotus
LPI
Macromedia
McAfee
McData
Microsoft
Mile2
Network Appliance
Network General
Nokia
Nortel
Novell
OMG
Oracle
PMI
Polycom
RedHat
SAIR
SAS Institute
SCP
SeeBeyond
SNIA
Sun
Sybase
Symantec
Teradata
TIA
Tibco

core logic for you to acquire the computer software knowledge and skills required to pass certification exams on the very first attempt.

LEARN MORE

COMPLETE PREPARATION LABS

This is for you if you're seeking to be a certified professional on CIW and Microsoft software or hardware. The Certification Prep Lab is a complete and affordable package that will be your guide and friend on your way to a successful career in the IT industry. And, it is available online in seconds!

LEARN MORE

## Testking Most Popular Certifications and Value Packs

### Apple

| Rank | Cert Name | Value Pack |
| --- | --- | --- |
| 1 | ACPT - Apple Certified Portable Technician | Available |

### Checkpoint

| Rank | Cert Name | Value Pack |
| --- | --- | --- |
| 1 | CCSA NGX | Available |

### Cisco

| Rank | Cert Name | Value Pack |
| --- | --- | --- |
| 1 | Specialist | Available |
| 2 | CCNA - Cisco Certified Network Associate | Available |
| 3 | IP Communications | Available |
| 4 | CCIE - Cisco Certified Internetwork Expert | Available |
| 5 | CCNP - Cisco Certified Network Professional | Available |
| 6 | Wireless LAN | Available |
| 7 | CCSP - Cisco Certified Security Professional | Available |
| 8 | CCVP - Cisco Certified Voice Professional | Available |
| 9 | Sales - Sales Expert | Available |
| 10 | CCDP - Cisco Certified Design Professional | Available |
| 11 | CCIP - Cisco Certified Internetwork Professional | Available |
| 12 | CCDA - Cisco Certified Design Associate | Available |

### NEW RELEASES

**3COM**
3M0-212

**Adobe**
9A0-019    9A0-031
9A0-043    9A0-045

**Checkpoint**
156-215    156-915

**Cisco**
642-143    350-030
642-104    642-586
646-227    640-801
646-391

**Citrix**
1Y0-223    1Y0-613

**CompTIA**
220-301    N10-003
220-302

**EMC**
E20-597    E22-181

**Exam Express**
EE0-021    EE0-065
EE0-503    EE0-505

**Exin**
EX0-100

**HP**
HP0-427

**Hyperion**
4H0-028    4H0-533

**IBM**
000-298    000-385
000-703    000-071
000-078    000-222

**Microsoft**
70-536    70-528
70-551    70-552
70-553    70-554
70-282    70-529
70-549    70-089
MB2-186    MB6-291
MB7-227    MB4-211
MB4-212    MB4-213
MB4-217    MB4-218
MB4-219    MB4-348
MB4-349    MB5-554

A+ Certification MCSE Training CCNA CISSP Network+ Certification - TestKing

TruSecure
Veritas
VMware

**SAMPLES**
**FAQ**
**GUARANTEE**
**TESTIMONIALS**
**RESELLER**
**NEW RELEASES**
**MOST POPULAR**
**HOT PRODUCTS**

**Checkpoint**
156-215
**Cisco**
350-001
350-018
350-030
640-801
640-811
640-821
642-425
642-432
642-444
642-502
642-522
642-532
642-551
642-582
642-642
642-801
642-821
642-871
642-891
646-202
CCIE-LAB
**Citrix**
1Y0-256
1Y0-306
1Y0-326
N10-003
**Exin**
EX0-100
SY0-101
**HP**

### Citrix
13 VPN and Security

| Rank | Cert Name |
| --- | --- |
| 1 | CCEA 4.0 |
| 2 | CCA 4.0 |
| 3 | CCIA - Citrix Certified Integration Architect |
| 4 | CCA 3.0 - Citrix Certified Administrator 3.0 |

### CompTIA

| Rank | Cert Name |
| --- | --- |
| 1 | A+ |
| 2 | Network+ |
| 3 | Security+ |

### EMC

| Rank | Cert Name |
| --- | --- |
| 1 | Technology Foundations |

### Exin

| Rank | Cert Name |
| --- | --- |
| 1 | ITEL |

### HP

| Rank | Cert Name |
| --- | --- |
| 1 | ASE - Accredited Systems Engineer |
| 2 | AIS - Accredited Integration Specialist |

### IBM

| Rank | Cert Name |
| --- | --- |
| 1 | Certified Specialist |
| 2 | Certified Advanced Technical Expert |
| 3 | Systems Expert |

### ISC

| Rank | Cert Name |
| --- | --- |
| 1 | CISSP |

### Juniper

| Rank | Cert Name |
| --- | --- |
| 1 | JNCIA |

| Status | Code | Code |
| --- | --- | --- |
| Available | MB7-231 | MB7-232 |
| | 70-293 | MB2-184 |
| Value Pack | MB2-185 | MB2-228 |
| | MB3-208 | MB3-215 |
| | MB3-234 | MB3-461 |
| Available | MB3-462 | MB3-465 |
| Available | MB5-198 | MB5-199 |
| Available | MB5-229 | MB5-292 |
| Available | MB6-282 | MB6-283 |
| Available | MB6-284 | MB6-285 |
| | MB6-288 | |

**Nortel**
| Status | Code |
| --- | --- |
| Value Pack | 920-161 |

**OMG**
| Status | Code |
| --- | --- |
| Available | UM0-200 |

**Oracle**
| Status | Code | Code |
| --- | --- | --- |
| Available | 1z0-001 | 1z0-007 |
| | 1z0-024 | 1z0-025 |
| Value Pack | 1z0-026 | 1z0-030 |
| | 1z0-101 | 1z0-131 |
| Available | 1z0-132 | 1z0-140 |
| | 1z0-147 | |

**SAS Institute**
| Status | Code |
| --- | --- |
| Value Pack | A00-206 |

**Sun**
| Status | Code | Code |
| --- | --- | --- |
| | 310-330 | 310-600 |
| Available | 310-615 | 310-875 |
| | 310-878 | 310-879 |
| Value Pack | 310-015 | |

**Sybase**
| Status | Code |
| --- | --- |
| Available | 510-309 |

**TIA**
| Status | Code |
| --- | --- |
| Available | TT0-101 |

**HOT CERTIFICATIONS**

| Status | | |
| --- | --- | --- |
| **Checkpoint** | | |
| Value Pack | CCSE | CCSA |
| **Cisco** | | |
| Available | CCSP | |
| Available | CCNA | CCNP |
| Available | CCIE | CCIP |
| Value Pack | CCDA | CCDP |
| **Citrix** | | |
| Available | CCEA XP | |
| **CompTIA** | | |
| Value Pack | Security+ | Network+ |
| Available | A+ | |

**Lotus**

| Rank | Cert Name |
|---|---|
| 1 | CLP |

**Microsoft**

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | MCSE - Microsoft Certified System Engineer | Available |
| 2 | MCSE 2003 - Microsoft Certified Systems Engineer 2003 | Available |
| 3 | MCSE 2003 Messaging - Microsoft Certified Systems Engineer 2003 Messaging | Available |
| 4 | MCSE 2003 Security - Microsoft Certified Systems Engineer 2003 Security | Available |
| 5 | MCSA 2003 - Microsoft Certified Systems Administrator 2003 | Available |
| 6 | MCSA - Microsoft Certified System Administrator | Available |
| 7 | MCDBA - Microsoft Certified Database Administrator | Available |
| 8 | MCP - Microsoft Certified Professional | Available |
| 9 | MCSE 2000 to MCSE 2003 Upgrade | Available |
| 10 | MCPD | Available |
| 11 | MCITP | Available |
| 12 | MCTS | Available |
| 13 | Microsoft Business Solutions | Available |
| 14 | MBS | Available |
| 15 | MCSD .NET - Microsoft Certified Solution Developer .NET | Available |
| 16 | MCAD .NET - Microsoft Certified Application Developer .NET | Available |
| 17 | MCDST - Microsoft Certified Desktop Support Technician | Available |
| 18 | Microsoft Partner Competency | Available |
| 19 | CRM - Customer Relationship Management | Available |
| 20 | MCSE 2000 Security - Microsoft Certified Systems Engineer 2000 Security | Available |
| 21 | MCSD - Microsoft Certified Solution Developer | Available |

**Network Appliance**

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | NACE | Available |
| 2 | NACP | Available |

**Nortel**

**Novell**

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | NCSS | Available |

HP0-683
* ISC
  CISSP
* Microsoft
  70-228    70-229
  70-270    70-271
  70-272    70-282
  70-284    70-285
  70-290    70-291
  70-292    70-293
  70-294    70-296
  70-297    70-298
  70-299    70-350
  70-431    70-536
  74-132
* Oracle
  1z0-042
* VMware
  VCP-101V

COMING SOON

Sponsored by

exact-exams

Realistic Exam Questions
Study Guides & Practice Exams
Microsoft/Cisco Certifications
Boost your career now!

* ISC
  CISSP
* Microsoft
  MCSE 2003    MCSE
  MCSD .NET    MCSA
  MCDBA        MCAD .NET
* Oracle
  9i DBA

SPONSORED LINKS

* Braindumps
  Braindumps
  Mcse Braindumps
  Braindumps
  BraindumpCentral
* Cert Resources
  Real Exams
  Actual Exams
  Exact Questions
  Exact Exams
  Certyourself
  Certifyexpress
  Cram4exams.com

8

# A+ Certification MCSE Training CCNA CISSP Network+ Certification - TestKing

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | 6.5 CNE | Available |

## Oracle

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | 9i DBA - 9i Database Administrator | Available |
| 2 | 10g DBA - 10g Database Administrator | Available |

## Special

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | Special | Available |

## Sun

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | Solaris 10 SCSA | Available |

## VMware

| Rank | Cert Name | Value Pack |
|---|---|---|
| 1 | VCP - VMware Certified Professional | Available |



Home | Careers | About Us | Contact Us | Disclaimer | Site Licensing | TestKing

© TestKing Inc, All Rights Reserved

Site Map page 1 2 3 4 5 6

Search Engine Optimization and Web Hosting By 1-HIT.COM

Transcender Selftest Troytec Testkiller ActualTests Examsheets Cert21 Boson Examnotes Cramsession

**Specialized MCSE Training**
Exact-Exams professional resources and prep tools gear you for the final exam.

**Complete Cisco Training**
Cisco networking and router training from A to Z, fastest prep available!

This site is operated by Certification Trendz LTD, who is also the owner of all receivables. Any charges made through this site will appear as Certification Trendz.



LEADING THE WAY
IN IT TESTING AND CERTIFICATION TOOLS

A+ Certification ❖ MCSE Training ❖ CCNA Certification ❖ CISSP Training ❖ CCIE Certification

SIGN UP    LOGIN

Username: _____

Password: _____

# ABOUT US

Who, what, where, when and why - we create
the best Certification Materials for you.

**About Test King: Practice exams / cert prep kits for IT
professionals looking for certification in MCSE, MCDBA, MCSD,
MCSA, MCP, CIW, ORACLE, and A+.**

Why are we the online Certification Experts?  Test King has been
working in the field of IT since 1995 by providing providing top-notch net-
based training and certification preparation services.  A hand picked
team of training and certification experts prepare our highly standardized,
top quality, well documented certification guideline courses.

Our experts are qualified, experienced, and fully equipped with many
resources in their field of study. Like the IT industry itself, we are in
constant pursuit of knowledge, thus ensuring that our products are up-to-
date and in accordance with the certification goals as specified by
different vendors for their certificates.

We specialize in the preparation of exam material by guiding our
customers during preparation for their certification exams using current
questions.  The process of updating is never ending and our study
guides are constantly in revision.  As a FREE service, our customers are
notified when their courses are updated so they can take advantage of
the new information.

Test King is also known as the King of Certification on net.

 HOME

 PRODUCTS

3COM
Adobe
APC
Apple
Avaya
BEA
BICSI
Checkpoint
Cisco
Citrix
CIW
CompTIA
Computer Associates
CWNA
Dell
ECCouncil
EMC
Enterasys
ETA
Exam Express
Exin
Extreme Networks
FileMaker

 SHOPPING CART

INTERACTIVE
TESTING ENGINE!
TRY IT NOW!

DISCUSSION
FORUM

CORPORATE
AND TRAINING
AND LICENSING

SAVE 10% ON YOUR
NEXT PURCHASE
REFER A
FRIEND
NOW





Fortinet
Foundry
Fujitsu
Guidance Software
HDI
Hitachi
HP
Huawei
Hyperion
IBM
IISFA
Intel
Isaca
ISC
ISEB
ISM
Juniper
Legato
Lotus
LPI
Macromedia
McAfee
McData
Microsoft
Mile2
Network Appliance
Network General
Nokia
Nortel
Novell
OMG
Oracle
PMI
Polycom
RedHat
SAIR
SAS Institute
SCP
SeeBeyond
SNIA
Sun
Sybase
Symantec
Teradata
TIA
Tibco
TruSecure

## NEW RELEASES

**3COM**
3M0-212

**Adobe**
9A0-019   9A0-031
9A0-043   9A0-045

**Checkpoint**
156-215   156-915

**Cisco**
642-143   350-030
642-104   642-586
646-227   640-801
646-391

**Citrix**
1Y0-223   1Y0-613

**CompTIA**
220-301   N10-003
220-302

**EMC**
E20-597   E22-181

**Exam Express**
EE0-021   EE0-065
EE0-503   EE0-505

**Exin**
EX0-100

**HP**
HP0-427

**Hyperion**
4H0-028   4H0-533

**IBM**
000-298   000-385
000-703   000-071
000-078   000-222

**Microsoft**
70-536   70-528
70-551   70-552
70-553   70-554
70-282   70-529
70-549   70-089
MB2-186   MB6-291
MB7-227   MB4-211
MB4-212   MB4-213
MB4-217   MB4-218
MB4-219   MB4-348
MB4-349   MB5-554

Veritas
VMware

**SAMPLES**

**FAQ**

**GUARANTEE**

**TESTIMONIALS**

**RESELLER**

**NEW RELEASES**

**MOST POPULAR**

**HOT PRODUCTS**

**Checkpoint**
156-215

**Cisco**
350-001
350-018
350-030
640-801
640-811
640-821
640-861
642-425
642-432
642-444
642-502
642-522
642-532
642-551
642-582
642-642
642-801
642-821
642-871
642-891
646-202
CCIE-LAB

**Citrix**
1Y0-256
1Y0-306
1Y0-326
N10-003
SY0-101

**Exin**
EX0-100

**HP**
HP0-683

MB7-231
MB7-232
70-293
MB2-184
MB2-185
MB2-228
MB3-208
MB3-215
MB3-234
MB3-461
MB3-462
MB3-465
MB5-198
MB5-199
MB5-229
MB5-292
MB6-282
MB6-283
MB6-284
MB6-285
MB6-288

**Nortel**
920-161

**OMG**
UM0-200

**Oracle**
1z0-001
1z0-007
1z0-024
1z0-025
1z0-026
1z0-030
1z0-101
1z0-131
1z0-132
1z0-140
1z0-147

**SAS Institute**
A00-206

**Sun**
310-330
310-600
310-615
310-875
310-878
310-879
310-015

**Sybase**
510-309

**TIA**
TT0-101

**HOT CERTIFICATIONS**

**Checkpoint**
CCSE

**Cisco**
CCSA
CCSP
CCNP
CCNA
CCIP
CCIE
CCDP
CCDA

**Citrix**
CCEA XP

**CompTIA**
Security+
A+
Network+

12

**ISC**
- CISSP

**Microsoft**
- 70-228
- 70-229
- 70-270
- 70-271
- 70-272
- 70-282
- 70-284
- 70-285
- 70-290
- 70-291
- 70-292
- 70-293
- 70-294
- 70-296
- 70-297
- 70-298
- 70-299
- 70-350
- 70-431
- 70-536
- 74-132

**Oracle**
- 1z0-042

**VMware**
- VCP-101V

**COMING SOON**

Sponsored by
exact-exams
Realistic Exam Questions
Study Guides & Practice Exams
Microsoft/Cisco Certifications
Boost your career now!

**ISC**
- CISSP

**Microsoft**
- MCSE 2003
- MCSE
- MCSD .NET
- MCSA
- MCDBA
- MCAD .NET

**Oracle**
- 9i DBA

**SPONSORED LINKS**

**Braindumps**
- Braindumps
- Mcse Braindumps
- Braindumps
- BraindumpCentral

**Cert Resources**
- Real Exams
- Actual Exams
- Exact Questions
- Exact Exams
- Certyourself
- Certifyexpress
- Cram4exams.com

TEST KING

**Home** | **Careers** | **About Us** | **Contact Us** | **Disclaimer** | **Site Licensing** | **About Us**

© TestKing Inc, All Rights Reserved

**Site Map** page 1 2 3 4 5 6

Search Engine Optimization and Web Hosting By 1-HIT.COM

**Specialized MCSE Training**
Exact-Exams professional resources and prep tools gear you for the final exam.

**Complete Cisco Training**
Cisco networking and router training from A to Z, fastest prep available!

About Us - TestKing

This site is operated by Certification Trendz LTD, who is also the owner of all receivables. Any charges made through this site will appear as Certification Trendz.

**14**

**Web**  Desktop  News  Images  Local  Encarta

testking microsoft 

+Search Builder  Settings  Help  Español

Were you looking for *testing microsoft*

# Web Results

Page 1 of 96,474 results containing **testking microsoft** (0.14 seconds)

---

SPONSO

**Testking** Exams - testking.com
First Time Pass. 100% Guarantee. TestKing Answers . Purchase Now!

---

## Microsoft Certification Training BootCamp Exam Questions - TestKing

**Microsoft** Certification Training BootCamp Exam Questions ... **TestKing** complete **Microsoft** certificatioi
tools for **Microsoft** exams are your ticket to ...
www.**testking**.com/certification-training-**Microsoft**.htm   Cached page   8/12/2006

### 70-291 Exam Prep questions Microsoft - TestKing

Questions and Answers with Explanations ... Select **TestKing** for your 70-291 exam preparation and
resources. Begin your certification ...
www.**testking**.com/70-291.htm   Cached page   8/12/2006
Show more results from "www.testking.com".

## affiliate.testking.com

affiliate.**testking**.com/adhit.php?i=202375&c=29059445193ac312f2

### affiliate.testking.com

affiliate.**testking**.com/adhit.php?i=202445&c=141214451a264a01d7
Show more results from "affiliate.testking.com".

## Testking Microsoft Certification Training - Success Guaranteed

**Microsoft** Certification Training Questions , 100% real from **Testking** and Success Guaranteed for your
**Microsoft** Certifications at **Testking** Website include: **Testking Microsoft** Certifications ...
www.real-**testking**.com/vendor/**Microsoft**.htm   Cached page

## Testking 70-284 Microsoft Exam Preparation Questions

**Testking** offers $99 deal for all certification exams. **Microsoft** Test King 70-284 exam our quality ... **testl**
king mcse mcse 2003 ccna ccnp oracle 10g a+ security+ server+
www.**testking**.net/**testking**-70-284.htm   Cached page

### Testking 70-350 Microsoft Exam Preparation Questions

**Testking** offers $99 deal for all certification exams. **Microsoft** Test King 70-350 exam our quality ...
test king mcse mcse 2003 ccna ccnp oracle 10g a+ security+ server+
www.**testking**.net/**testking**-70-350.htm   Cached page
Show more results from "www.testking.net".

## Testking Microsoft Guaranteed Certification

**Microsoft** Certification is easy with **Testking Microsoft** training materials. The **Testking Microsoft** ... Mi
Certifications at **Testking** Website include: **Testking Microsoft** Certification solutions ...
www.**testking**-questions.com/vendor/**Microsoft**.htm   Cached page   8/13/2006

### Testking Offers Microsoft Certification MCSE, MCSE 2003, MCDST , MCDBA

Get All **TestKing Microsoft** Certification Exams only in $50 inlcluding MCSE, MCDST, MCDBA ... Installi
Configuring, and Administering **Microsoft** Clustering Services by Using **Microsoft** Windows ...
www.**testking**cert.com/**Microsoft**.htm    Cached page

## **Microsoft Testking** Certifications - Buy Cheap Training Questions
**Microsoft** Certifications and Training tools from **Testking** to help you pass **Microsoft** certifications. ... **Mi**
Certification Introduction: **Microsoft**, a name which has evolved the world in an ...
www.**testking**-certified.com/vendor/**Microsoft**.htm    Cached page    8/13/2006

Were you looking for *testing microsoft*

Didn't get the results you expected? Help us improve.

---

| testking microsoft |    Search

Search Home    MSN Search Toolbar    About MSN Search    Add MSN Search to Your Site
MSN Home    My MSN    Hotmail    Messenger    News Headlines    Feedback    Advertise with Us
© 2006 Microsoft. MSN Privacy
RSS

Welcome　**seans@prestongates.com**　　Logout　　My Account

| Whois testking.com > | Domain Suggestions > | For Sale > | Auctions > | Domain Search > | Domain Monitor | Domain Directory |

| Ping > | Traceroute > | My IP Address | Cheap Domain Name Registration | Bulk Check | Logo Contest | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy new | Advanced Auction | XML API |



**DomainSponsor.com**
Get paid to Park your domains
Fastest Payout in the industry
www.domainsponsor.com

**Sponsor DomainTools!**
**Permanent ad space available now.**
• **3 Monthly spots available.**
• **250x100 space. No animations.**
• **Display your company or product logo.**
• **The smartest domain audience.**

# Whois Record for Testking.com

## Page Information

| | |
|---|---|
| **Website Title:** | A+ Certification MCSE Training CCNA CISSP Network+ Certification - TestKing |
| **Record Type:** | Domain Name |
| **Meta Description:** | Looking for MCSE Training CCNA Certification A+ Network+ or CISSP Certification? Testking Offers hundreds of Top Quality Certification Exams |
| **Meta Keywords:** | MCSE, MCSE Training, CCNA Certification, CCNA Training, CCNA, MCSE Certification, A+ Certification, Netowrk+ Training, Network+ Certification, CISSP, CISSP Training, CISSP Certification, Network+ Certification. |

## Indexed Data

| | |
|---|---|
| **DMOZ Directory:** | Self-Study |
| **DMOZ Title:** | Test King |
| **DMOZ Description:** | IT training study guides and course tests for Microsoft, CIW, Cisco, and others. |
| **Alexa Related Sites:** | 10 listings a1pctraining.com, seniortechllc.com, real-exams.com, mcsebraindumps.com, funwithxp.com, exactquestions.com, certyourself.com, certifyexpress.com, actual-exams.com, tripod.com, |
| **Alexa Trend/Rank:** | ⬆ 34,359 (1 Month) 34,840 (3 Month) |
| **Yahoo Title:** | Test King |
| **Yahoo Description:** | Offers IT training study guides for exam certifications and course tests for Microsoft, CIW, Cisco, and others. |
| **Yahoo Directory:** | Software |

## Server Data

| | |
|---|---|
| **Server Type:** | Microsoft-IIS/5.0 |
| **IP Address:** | 64.106.243.104 W P D T |
| **IP Location:** | ▨ - New Jersey - Edgewater - Datapipe |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear (history) |

## Thumbnail: 2006-06-10



Queue Thumbnail For Update

### Other TLDs　　　　Show Key

| .com | .net | .org | .info | .biz | .us |
|---|---|---|---|---|---|
| Ra | Ra | Ra | Ra | Ra | R |

### Domain History

We have recorded 260 Whois changes for testking.com since 2003-05-31. View them with our Domain History tool.

### Monitor

Watch this domain for changes using our Monitor Tool.

### Backorder

Set a backorder so you can own testking.com when it becomes available.

**SSL Cert:** No valid SSL on this Host

**Website Status:** Active

## Registry Data

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 05-Dec-2001 |
| **Expires:** | 05-Dec-2006 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.enom.com |
| **Name Server:** | DNS1.NAME-SERVICES.COM |
| **Whois History:** | 260 records have been archived |

## Whois Record

```
=-=-=-=

Domain name: testking.com

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( b1nr0tx=ck@whoisprivacyprotect.com )
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O testking.com
   Bellevue, WA 98007
   US

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( b1nr0tx=ck@whoisprivacyprotect.com )
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O testking.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( b1nr0tx=ck@whoisprivacyprotect.com )
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O testking.com
   Bellevue, WA 98007
   US

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 05 Dec 2001 12:25:59
Expiration date: 05 Dec 2006 12:25:59
=-=-=-=
```

### Domains for Sale

| Domain | Price |
|---|---|
| AsiaKing.com | $100.00 |
| KingDons.com | $150.00 |
| EmailKing.com | $395.00 |
| PageKing.com | $488.00 |
| TeamKing.com | $488.00 |
| ZeroKing.com | $488.00 |
| CafeKing.com | $500.00 |
| HotKing.com | $500.00 |
| KingMusic.com | $525.00 |
| KingU.com | $600.00 |
| WorkKing.com | $1,000.00 |

### Domains At Auction

| Domain | Auction Date |
|---|---|
| Yo-King.net | 06-29-2006 |
| BossBass.com | 06-30-2006 |
| BossRemover.com | 06-30-2006 |
| KingTable.com | 06-30-2006 |
| TheSuperKing.com | 06-30-2006 |
| GoodhartKing.com | 06-30-2006 |
| CarWaxKing.com | 06-30-2006 |
| CollegeKingRex.com | 06-30-2006 |
| NavyChief.net | 06-30-2006 |
| NetworkChief.net | 06-30-2006 |
| KingJimmysAllStars.com | 06-30-2006 |
| King-Ralph.com | 06-30-2006 |
| ReelKingZ.com | 06-30-2006 |

**18**

 Members Area | Web Hosting | Cheap domain name registration | Whois | Domain Suggestions | Domain Search | Site Map ;

▶ **Certifications**
+ Checkpoint
+ Cisco
+ Citrix
+ Comptia
+ CWNA
+ ECCOUNCIL
+ EMC
+ Exin
+ HP
+ ISC
+ Juniper
+ LPI
+ Microsoft
+ Nortel
+ Novell
+ Oracle
+ Sun
+ Symantec
+ Veritas
+ VMware

▶ **About**
- Contact
- About 123Cert.com
- Recommended Vendors

123Cert.com has a strong commitment to providing only the best certification materials available on the web. If you are ever displeased with a product sold here, please send us an email at quality@123cert.com

# Certifications by 123Cert.com



### 123cert: Need We Say More?

In case you don't know what a braindump is, it can be many things, including sample questions and answers from the exams, helpful study aids, and any other tips people can think of to submit to us. Essentially, it's people sharing their brainpower! But don't be mislead by the 123cert name, because we have much more than MCSE certification material here. You'll find helpful A+ certification resources, CCNA braindumps and much more to provide you with all the knowledge you crave.

### Get An Edge For Your MCSE Certification Exam

The advice, notes and various other resources you'll find on 123cert are given by people who've gone through the same exam ordeal that you're about to. They are seasoned experts who know the ins and outs of various A+ certification exams, MCSE certification exams and others to give you an added edge when you take the exam.

### So What's The Catch?

There ISN'T one! You can take advantage of all the material you find here for free! Use our MCSE Braindumps, CCNA braindumps and everything else on our website to ace your MCSE certification exams and A+ certification exams. If you find our site useful for passing the exam and want to help others in the same way, you can submit a braindump of your own right here. We usually add new braindumps within 12 hours.

## Exams by Vendor

| | | | |
|---|---|---|---|
| 3COM | Extreme Networks | McAfee | Teradata |
| Adobe | FileMaker | McData | TIA |
| APC | Fortinet | Microsoft | Tibco |
| Apple | Foundry | Mile2 | TruSecure |
| BEA | Fujitsu | Network Appliance | Veritas |
| BICSI | Guidance Software | Network General | VMware |
| Checkpoint | HDI | Nokia | |
| Cisco | Hitachi | Nortel | |
| Citrix | HP | Novell | |
| CIW | Huawei | OMG | |
| | Hyperion | Oracle | |

COPYRIGHT 123CERT.COM 2006

Welcome   seans@prestongates.com   Logout   My Account

| Whois   123cert.com | > | Domain Suggestions | > | For Sale | > | Auctions | > | Domain Search | > | Domain Monitor | Domain Directory |

| Ping | > | Traceroute | > | My IP Address | Cheap Domain Name Registration | Bulk Check | Logo Contest | more > |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy new | Advanced Auction | XML API |



**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $49.95/mo
www.spry.com

**Sponsor DomainTools!**
**Permanent ad space available now.**
- 3 Monthly spots available.
- 250x100 space. No animations.
- Display your company or product logo.
- The smartest domain audience.

# Whois Record for 123cert.com

## Page Information

**Thumbnail: 2006-06-16**

| | |
|---|---|
| **Website Title:** | Certifications and Exam Study Guides at 123Cert.com |
| **Record Type:** | Domain Name |
| **Meta Description:** | Braindump, MCSE free sample tests and Braindumps. A+, A plus, Windows NT, Network essentials, TCPIP. |
| **Meta Keywords:** | MCSE, MCSE sample tests, MCSE practice exams, CISCO, CCNA, Braindump heaven, A+, A plus, networking, braindumps, network essentials, cramsession, FREE sample tests, novell, cne, netware, linux, msce, rampage, Microsoft Certified Systems Engineer |



## Indexed Data

| | |
|---|---|
| **Alexa Related Sites:** | 3 listings |
| | examsimulators.com, certifyexpress.com, audioexam.com, |
| **Alexa Trend/Rank:** | ⇧ 1,763,158 (1 Month) 3,329,326 (3 Month) |

## Server Data

| | |
|---|---|
| **Server Type:** | Microsoft-IIS/5.0 |
| **IP Address:** | 209.40.120.13 [W] [P] [D] [T] |
| **IP Location:** | ▣ - District Of Columbia - Washington - Hopone Internet Corporation |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear (history) |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |
| **Reverse IP:** | 53 other sites hosted on this server |

## Registry Data

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 09-Jan-2002 |
| **Expires:** | 09-Jan-2007 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.enom.com |

### Other TLDs        Show Key

| .com | .net | .org | .info | .biz | .us |
|------|------|------|-------|------|-----|
| Ra | ☐ | ☐ | ☐ | ☐ | ☐ |

**[ Add to Cart ]**

### Domain History

We have recorded 5 Whois changes for 123cert.com since 2004-10-21. View them with our Domain History tool.

### Monitor

Watch this domain for changes using our Monitor Tool.

### Reverse IP

There are 53 other sites hosted on this

**Name Server:** DNS5.NAME-SERVICES.COM — sample with Reverse IP.

**Whois History:** 5 records have been archived

## Whois Record

=-=-=-=

Registration Service Provided By: Certification Trendz
Contact: admin@testmatrix.net

Domain name: 123cert.com

Registrant Contact:
   -
   Ove Lundberg ( admin@testmatrix.net )
   706267479
   Fax: none
   Sernanders vag 9:516
   Uppsala, 75262
   SE

Administrative Contact:
   Ruthy
   Ruthy George ( webmaster@braindumps.net )
   +1.9783378048
   Fax:
   53 Third Avenue
   Burlington, MA 01803
   US

Technical Contact:
   Ruthy
   Ruthy George ( webmaster@braindumps.net )
   +1.9783378048
   Fax:
   53 Third Avenue
   Burlington, MA 01803
   US

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 09 Jan 2002 07:56:08
Expiration date: 09 Jan 2007 07:56:08
=-=-=-=

### Backorder

Set a backorder so you can own
123cert.com when it becomes available.

### Domains for Sale

| Domain | Price |
|---|---|
| CheatCert.com | $90.00 |
| CertOn.com | $500.00 |
| CertHelp.com | $500.00 |
| CertLab.com | $500.00 |
| CertTrack.com | $500.00 |
| CertSecurity.com | $500.00 |
| TrustCert.com | $910.00 |
| IntraCert.com | $990.00 |
| CyberCert.com | $1,230.00 |
| CertSource.com | $1,230.00 |
| SageCert.com | $1,390.00 |

### Domains At Auction

| Domain | Auction Date |
|---|---|
| KentCountyCertTeam.com | 06-24-2006 |
| CertifiedAudio.com | 06-25-2006 |
| CertifiedGuru.com | 06-25-2006 |
| GifCert.com | 06-25-2006 |
| NotCertifiedOrganic.net | 06-25-2006 |
| CertifiedAsap.com | 06-25-2006 |
| TheCert.com | 06-26-2006 |
| CertUsaSia.com | 06-26-2006 |
| CertUsCayman.com | 06-26-2006 |
| CertUsbVi.com | 06-26-2006 |
| UpNpCertified.com | 06-26-2006 |

Members Area | Web Hosting | Cheap domain name registration | Whois | Domain Suggestions | Domain Search | Site Map ；

http://www.actual-exams.com/

HTTP://WWW.ACTUAL-EXAMS.COM

# Actual-Exams.com



**VENDORS**

- 3COM
- Adobe
- APC
- Apple
- BEA
- BICSI
- Checkpoint
- Cisco
- Citrix
- CIW
- Comptia
- CWNA
- DELL
- ECCouncil
- EMC
- Exam Express
- Exin
- Extreme Networks
- FileMaker
- Fortinet
- HDI
- HP
- Huawei
- Hyperion
- IBM
- Isaca
- ISC
- ISEB
- ISM
- Juniper
- Legato
- LPI
- Lotus
- McAfee
- McData
- Microsoft
- Mile
- Network Appliance
- Nortel
- Novell
- Oracle

**HOME**    **EXAMS**    **GUARANTEE**    **FAQ**

## MCSE Training, A+ Certification, CCNA, CISSP, CCNP Training, CCIE LAB

| Microsoft: | | CompTIA: | | Cisco: | More Titles: |
|---|---|---|---|---|---|
| FREE MCSE 2003 | MCSD | FREE A+ 2003 | I-Net+ | CISSP | CISSP |
| MCSA 2003 | MCAD | FREE Network+ | Linux+ | CCNA | and more FREE |
| FREE MCDBA | NET | Security+ | Server+ | CCNP | Online Courses |
| | | | | More | |



**INTERACTIVE EXAMS**

### A+ Certification, CCNA, CISSP, CCNP, MCSE Training and Online Testing Engine Available

Actual-Exams has the tools you need for your upcoming MCSE, CCNA,CISSP, CCNP or A+ certification exam. Our wide variety of MCSE, CCNA, CCNP, CISSP and A+ study questions, practice exams and case studies are unmatched in quality. The Actual-Exams online testing engine will supply you with a testing environment like no other. Be prepared for your MCSE, CCNA, CISSP, CCIE LAB, CCNP and A+ exams the smart way, use Actual-Exams... there is nothing like it.

### MCSE Training, A+ Certification, CISSP, CCNP Training, CCIE LAB

Select Actual-Exams as your all-in-one source for your certification needs for CCNP Training, CCNA, MCSE Training, A+ Certification, CCIE LAB, CISSP preparations. Actual-Exams has one of the most advanced and indepth variety of training and certification materials for your next Microsoft, Cisco, or Comptia certification. Renewing your MCSE, CCNA, CCNP or A+ exams is not only important, but responsible. Use Actual-Exams to keep current throughout your year to stay on top of the competition and stay updated with your Certifications.

Access and understand the core logic behind the skills required to solve issues and problems in the workplace. Before you take an online exam from any site, you should first prepare yourself with an ActualExams Study Guide. Not only that, but using our Study Guides, in combination with our Interactive Exams - GUARANTEES you to pass the Exam you are studying for.

**STUDY GUIDES**

### More Titles:
CCNA   CCDA   CCNP
CCDP   CCIE   MCDBA
MCSE   MCAD   MCSD
A+   I-NET+   SERVER+
ORACLE 8i   9i DBA

100% Guarantee
Immediate Download

**USER LOGIN**

Username

Password

**GO**

Create new account!
Become a member!
Click here for registration

**Resources**

| Microsoft: | CompTIA: |
|---|---|
| FREE MCSE 2003 | FREE A+ 2003 |
| MCSA 2003 | FREE Network+ |
| FREE MCDBA | Security+ |



**HOT PRODUCTS**

# MCSE Training, A+ Certification, CCNA, CISSP, CCNP Training, CCIE LAB - Actual-Exams

**REALISTIC LABS**

If you are seeking to be a certified professional on Microsoft Software and Hardware, or CIW criteria, look no further. These complete packages will prepair you like no other single item on the market - for success in the IT Industry. The next best thing to being in an actual computer lab, with actual malfunctions and delimas - the ActualExams Realistic Labs. Our affordable packages will prepair you for exam success and certification preparation.

## FEATURED CERTIFICATIONS

- A+ Certification
- CCIE LAB
- CCNA
- CCNP
- CISSP
- MCSE

## NEW RELEASES

- IBM 000-062 - IBM System p5 Virtualization Technical Support AIX 5L V5.3
- IBM 000-180 - p5 and pSeries Enterprise Technical Support AIX 5L V5.3
- Comptia 220-302 - A+ Operating Systems Technologies
- Comptia 220-301 - A+ HARDWARE TECHNOLOGIES
- Comptia N10-003 - Network+
- Apple 9L0-612 - Security Best Practices for Mac OS X v10.4
- Comptia SY0-101 - Security+
- IBM 000-356 - iSeries System Command Operations V5R2
- FileMaker FM0-301 - Filemaker 7 Developer Essentials
- Adobe 9A0-045 - Adobe InDesign CS 2 ACE Exam
- PMI PMI-001 - Project Management Professional
- Cisco 646-589 - Cisco Lifecycle Services Advanced Wireless (LCSAWLAN)
- Cisco 646-573 - Cisco Lifecycle Services Advanced Security (LCSAS)
- Cisco 642-587 - Advanced Wireless LAN for Field Engineers (AWLANFE)
- Microsoft 70-350 - Implementing Microsoft Internet Security and Acceleration (ISA) Server 2004
- FileMaker FM0-302 - FileMaker8 Developer Essentials
- Cisco 642-821 - Building Cisco Remote Access Networks
- Exam Express EE0-502 - BIG-IP Advanced
- Legato LE0-406 - Certified Availability Administrator
- Symantec 250-501 - Intrusion Protection Solutions
- Symantec 250-502 - Firewall & Integrated Security Appliances Solutions
- Apple 9L0-506 - Certified Technical Coordinator v10.3 Update Exam
- Symantec 250-503 - Security Management Solutions
- Sybase 510-022 - Certified ASE 12.5 Administrator Professional
- Cisco 640-811 - Interconnecting Cisco Networking Devices Exam (ICND)

### Online Testing Engine Demo!



**100% Guaranteed. Real Test Questions.**

| | |
|---|---|
| 70-210 | 70-220 |
| 70-215 | 70-221 |
| 70-216 | 70-227 |
| 70-217 | 70-228 |
| 70-219 | 70-229 |

- PMI
- Polycom
- Red Hat
- Retired
- SAIR
- SAS
- SCP
- SeeBeyond
- SNIA
- Special
- Sun
- Sybase
- Symantec
- Teradata
- TIA
- TruSecure
- Veritas
- VMware

## FEATURED BUNDLES

**Cisco**
- CCSP Bundle De Luxe

---

**Cisco**
- 350-001
- 350-018
- 350-030
- 640-801
- 640-861
- 642-511
- 642-521
- 642-531
- 642-801
- 642-811
- 642-831
- 642-891
- CCIE-LAB

**Citrix**
- 1Y0-222

**ECCouncil**
- 312-50

**ISC**
- CISSP

**Linux Professional Institute (LPI)**
- 117-201
- 117-202

**Microsoft**
- 70-210
- 70-215
- 70-216
- 70-217
- 70-218
- 70-219
- 70-220
- 70-223
- 70-224
- 70-228
- 70-229
- 70-270
- 70-271
- 70-272
- 70-284
- 70-285
- 70-290
- 70-291
- 70-292
- 70-293
- 70-294
- 70-296
- 70-297
- 70-298
- 70-300
- 70-305

---

MCSE Training, A+ Certification, CCNA, CISSP, CCNP Training, CCIE LAB - Actual-Exams

- CCNP Mega Bundle
- CCNP Bundle De Luxe
- CCNA Mega Bundle
- CCNA Bundle
- CCNP Bundle
- CCSP Bundle

**Citrix**
- CCEA 3.0 Bundle
- CCEA XP Bundle

**CTW**
- Admin Bundle (1D0-475)

**Comptia**
- A+ De Luxe Bundle
- A+ bundle

**Linux Professional Institute (LPI)**
- LPI level 2 Bundle
- LPI level 1 Bundle

**Microsoft**
- MCSA 2003 Bundle De Luxe
- MCSA 2003 Bundle De Luxe
- C# MCAD .NET Bundle De Luxe
- C# MCSD .NET Bundle De Luxe

## ♪ EXAM FEATURES

- Instant online access to exams you purchase.
- Questions and answers with the verified correct answers marked.
- Exams are provided in .pdf format.
- FREE updates for 90 days.
- No risk money-back guarantee.
- The only preparation you need to get certified.

## ♪ SPONSORED LINKS

CertYourself

CertifyExpress

CertificationSuccess

Cisco 642-432 - Cisco Voice Over IP
Cisco 640-821 - Introduction to Cisco Networking Technologies (INTRO)
EMC E20-530 - Network Storage - SAN Specialist
EMC E20-580 - Storage Management Specialist Exam
EMC E20-340 - CLARiiON Solutions Implementation
EMC E20-520 - CLARiiON Solutions Specialist
Juniper JN0-201 - Juniper Networks Certified Internet Associate
Juniper JN0-303 - Networks Certified Internet Specialist
Cisco 646-096 - CRM Express for Account Managers
EMC E20-320 - EMC Assessment, Planning & Design Exam
EMC E20-522 - CLARiiON Solutions Specialist for Storage Administrator
Juniper JN0-530 - Juniper Networks Certified Internet Specialist
EMC E20-532 - SAN Specialist Exam for Storage Administrators
EMC E20-533 - Network Storage - NS Specialist Exam
HDI HD0-100 - Help Desk Analyst (HDA)
HDI HD0-200 - Help Desk Analyst (HDA)
HDI HD0-300 - Help Desk Manager
HDI HD0-400 - HDI Qualified Customer Support Specialist
HDI Q00-400 - HDI Qualified Customer Support Specialist
Apple 9L0-505 - Mac OS X Server Essentials v10.3 Exam
HDI Q00-100 - Help Desk Analyst (HDA)
Nortel 920-125 - VoIP Succession BCM 3.0
Nortel 920-127 - VoIP Succession BCM 3.0
Nortel 920-215 - Passport 7000/15000
Nortel 920-443 - Succession 1000/1000M Rls. 3.0
Nortel 920-453 - CallPilot 2.x/3.0 Unified Messaging
Nortel 920-461 - Wireless LAN
Nortel 920-501 - OPTera Metro 5000
Nortel 920-251 - Alteon
Nortel 920-160 - Communication Server (CS) Rls. 4.0 Hardware Installation & Maintenance
Nortel 920-460 - Wireless LAN
Nortel 920-321 - VoIP Succession 1000/1000M Rls. 3.0 DB Administrator
Nortel 920-323 - VoIP Succession BCM 3.0
Nortel 920-325 - Communication Server (CS) Rls. 4.0 Software Installation & Maintenance
Novell 50-684 - Novell eDirectory Tools and Diagnostics

## ♪ COMING SOON

Actual-Exams is the #1 source for guaranteed certification at a low price! Buy one of our exams and pass the official exam on your first try, guaranteed.

We know you want premium selftest resources and tools such as examsheets from actualtests. You need exam notes that measureup to the quality resources found at testking and examcram braindumps sites that provide you with easy to learn cbt nuggets. Cracked learnkey developers and boson training specialists have testkiller quickcert materials making excellent examnotes for the ultimate cramsession.

Fravo Brain dumps and test king transcender resources are compiled to create a virtual braindump heaven - visit

- 70-306
- 70-310
- 70-315
- 70-316
- 70-320

**Novell**
- 50-676

**Oracle**
- 1Z0-001
- 1Z0-007
- 1Z0-030
- 1Z0-031

**Sun**
- 310-011

## SPONSORED LINKS ♪

MCSE BrainDumps

BrainDumps

Cram4Exams

http://www.actual-exams.com/

MCSE Training, A+ Certification, CCNA, CISSP, CCNP Training, CCIE LAB - Actual-Exams

CREATE NEW ACCOUNT ◄



Braindumps

the cert21 and smartcertify brain dump sections for a customized troytec lynda experience.

☑ FREE Practice Exams! (Online)
☑ FREE Practice Exams! (Offline)
☑ FREE Studyguides, eBooks, Online Courses
☑ Jobs, Downloads and Books

| Windows 2000/XP  Exchange  SQL |
| CCNA CCDA CCNP CCDP CCIE |
| CompTIA  A+  Network+  iNet+ |
| Oracle  MOUS  CIW  LINUX |

All names mentioned on our web site are trademarks of their respective owners.

All exams, & web content © 2002 actual-exams.com All rights reserved. View Disclaimer.
actual-exams is not sponsored, endorsed or affiliated by any associated vendor.

Welcome   **seans@prestongates.com**   Logout   My Account

| Whois  actual-exams.com  › | Domain Suggestions › | For Sale › | Auctions › | Domain Search › | Domain Monitor | Domain Directory |

| Ping › | Traceroute › | My IP Address | Cheap Domain Name Registration | Bulk Check | Logo Contest | *more* › |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy new | Advanced Auction | XML API |



**DomainSponsor.com**
Get paid to Park your domains
Fastest Payout in the industry
www.domainsponsor.com

*Sponsor DomainTools!*
*Permanent ad space available now.*
• **3 Monthly spots available.**
• **250x100 space. No animations.**
• **Display your company or product logo.**
• **The smartest domain audience.**

# Whois Record for Actual-exams.com

## Page Information

| | |
|---|---|
| **Website Title:** | 500 read timeout |
| **Record Type:** | Domain Name |
| **Meta Description:** | MCSE Training, A+ Certification, CCNA, CISSP, CCNP Training, CCIE LAB Description: CCNA, A+ Certification, MCSE, CCNA Training and Certification Materials and many more. |
| **Meta Keywords:** | Mcse, ccna, A+ Certification, MCSE Training, CCNA Certification, CCIE LAB, CCIE Training, CCIE Certification, MCSE Certification, CISSP, CCNP Training, CCNP Certification, CISSP Training, CISSP Certification, CCIE LAB Training. |

## Indexed Data

| | |
|---|---|
| **Alexa Related Sites:** | 10 listings<br>real-exams.com, exactquestions.com, testking.com, mcsebraindumps.com, webdevforums.com, 1-hit.com, hosts2002.com, braindumps.com, cram4exams.com, certyourself.com, |
| **Alexa Trend/Rank:** | ⬇ 496,222 (1 Month) 350,761 (3 Month) |

## Server Data

| | |
|---|---|
| **IP Address:** | 64.106.243.100 W P D T |
| **IP Location:** | 🇺🇸 - New Jersey - Edgewater - Datapipe |
| **Response Code:** | 500 |
| **Blacklist Status:** | Clear (history) |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |

## Registry Data

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 18-Aug-2002 |
| **Expires:** | 18-Aug-2006 |
| **Registrar Status:** | REGISTRAR-LOCK |

**Thumbnail: 2006-06-15**



### Other TLDs          Show Key

| .com | .net | .org | .info | .biz | .us |
|---|---|---|---|---|---|
| Ra | R | ☐ | ☐ | ☐ | ☐ |

Add to Cart

### Domain History

We have recorded 30 Whois changes for actual-exams.com since 2003-04-02. View them with our Domain History tool.

### Monitor

Watch this domain for changes using our Monitor Tool.

### Backorder

Set a backorder so you can own actual-exams.com when it becomes available.

**Whois Server:** whois.enom.com

**Name Server:** DNS5.NAME-SERVICES.COM

**Whois History:** 30 records have been archived

## Whois Record

=-=-=-=

Domain name: actual-exams.com

Registrant Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( tdqxwqkmdy@whoisprivacyprotect.com )
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O actual-exams.com
   Bellevue, WA 98007
   US

Administrative Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( tdqxwqkmdy@whoisprivacyprotect.com )
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O actual-exams.com
   Bellevue, WA 98007
   US

Technical Contact:
   Whois Privacy Protection Service, Inc.
   Whois Agent ( tdqxwqkmdy@whoisprivacyprotect.com )
   +1.4252740657
   Fax: +1.4256960234
   PMB 368, 14150 NE 20th St - F1
   C/O actual-exams.com
   Bellevue, WA 98007
   US

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 18 Aug 2002 16:42:50
Expiration date: 18 Aug 2006 16:42:50
=-=-=-=

### Domains for Sale

| Domain | Price |
|---|---|
| FrenchExams.com | $500.00 |
| RectalExams.com | $500.00 |
| AudioExams.com | $500.00 |
| JobExams.com | $548.00 |
| MyExams.com | $548.00 |
| MockExams.com | $800.00 |
| TakingExams.com | $850.00 |
| AccountingExams.com | $999.00 |
| ExamsAsap.com | $1,000.00 |
| ExamsGuru.com | $1,000.00 |
| EssayExams.com | $1,100.00 |

### Domains At Auction

| Domain | Auction Date |
|---|---|
| Talking-Exams.com | 06-25-2006 |
| ExamsExpress.com | 06-26-2006 |
| Mock-Exams.net | 06-26-2006 |
| Physical-Exams.com | 06-26-2006 |
| NyExams.com | 07-02-2006 |
| FreeCertExams.com | 07-05-2006 |

Members Area | Web Hosting | Cheap domain name registration | Whois | Domain Suggestions | Domain Search | Site Map ;

Case 2:06-cv-01116-JLR   Document 3   Filed 08/15/2006   Page 29 of 40

# braindumpcentral.com

CheckPoint | Cisco | Citrix | CIW | Comptia | LPI | Microsoft | Novell | Oracle | Sun

**SPONSORED LINKS**

Microsoft  MCSE  MCSA  MCDBA  MCSD  .NET  Comptia  A+  I-Net+  Network+  Server+
Cisco  CCNA   070-210  070-217  070-220   Citrix  CCA  CCA XP   Oracle  8i  9i
CCDA  CCNP   070-215  070-218  070-228   Checkpoint  CCSA  CCSE   Novell  CNA
CCDP  CCIE   070-216  070-219  070-229   CIW  Sec. Analyst  Admin   Sun  SCSA

**Top Sponsors**
| Actual-Exams
Test King

Exact-Exams
Actual-Exams

Quick Cert

ExactQuestions

Real-Exams

real-exams.com - Real Questions Real Answers
ExactQuestions.com: Get MCSE,MCSD,CCNA,CCNP,A+,ORACLE and many more...
Actual-exams.com: Download Free Actual certifications Now!
QuickCert.com: Access professional study materials and exam resources!

**POPULAR BRAINDUMPS**

220-301
220-302
640-801
70-210
70-215
70-217
70-218
70-270
70-290
70-292
70-293
70-294
70-296

view all dumps

### BDC Exam Resources

Brain Dump Central now has exam resources!
Comprehensive Microsoft and Cisco resources
broken into specific subject categories.
Thousands of resources at your fingertips,
easy as clicking your mouse. They are all right
here, right now.

Check out our BDC Exam Resources NOW!

Oh yah... did we mention: Braindump Central
Resources are FREE?

### BDC Certification Articles

Complete your training with the Brain Dump
Central Articles. You will find the most
complete and thorough information regarding
your certification right here - Braindump
Central.

What could be better than finding all of your
IT Training resources in one place? How about
finding out that our Braindump Certification
articles are free? Yes, FREE.

Find the BDC Certification Articles you need
NOW!

### Online Testing from BDC



Study interactively with
Brain Dump Central's new
online testing center. Now
you can enjoy the
convenience of a
simulated exam that is
timed, graded and a
perfect indication of your
ability to pass your exam.

### Certification News
**brought to you by CertHeaven.Com**

Streamlined Recertification for Cisco IP
Telephony Specialist Certifications

CompTIA Revising Server+™ Certification —
New Exam Launches 4th Quarter 2004

Microsoft Releases First MCDST Exam

PURCHASE TEST

ONLINE TEST

LOGIN

CERTIFICATION
NEWS

BRAINDUMPS

**Dump Sponsors**

CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE  8i  9i  CISA
100% Guarantee
Immediate Download

**TEST KING**

MCSE, MCSA, MCSD
MCDBA, CCNA, CCDA
CCNP, CCIE, SUN
CNA, CNE, ORACLE
CIW, Network+,
Certification, CISSP

**TRY FREE**
**Course Titles**
Practice   MCSE
Exams     MCSA
          A+
Job Search  Network+
Tools &    CCNA
Utilities   CISSP

MCSE  MCSD  MCDBA
MCSA  CCNA  CCDA
CCNP  CCDP  CCIE

SUN  CNA/CNE
ORACLE  8i  DBA
CIW CERTIFICATIONS

⊞Actual-Exams
Find reliable and
acurate answers

⊞Study Guides
Great study material
at reasonable prices

**30**

RESOURCES ■

DISCUSSION
FORUMS ■

SUBMIT
BRAINDUMP ■

BDC PARTNERS ■

DUMP SPONSORS

Practice Exams

Exact Questions

Actual Exams

Exact Exams

Free Questions

---

30-day subscriptions are available on Brain
Dump Central to any of our hundreds exams
on the site. You can go through the simulation
process as many times as you like during this
period and garner the experience of a testing
environment to prepare you to take your
actual exam.

## How Braindumps Work

BrainDump Central is a new type of website,
one where you can actually learn and
understand the material you are studying with
others who have same certification goals in
mind. We've taken the best part of other
braindumps and improved the format so you
can give feedback as well as learn

---

Microsoft Releases Small Business Server
Exam - 70-282

Citrix Updates Certification Programs to
Support the Citrix MetaFrame Access Suite

All Articles

## Buy Braindump Bundles

You can purchase any of these popular exam
bundles and save some money on your
certification. We have bundles available for
the following certifications:

☑ CCNP
☑ A+
☑ MCDBA
☑ VB .Net
☑ MCSE Electives
☑ MCSE Core
☑ MCSE Complete
☑ MCSD Core
☑ MCSA Core
☑ MCSA Complete
☑ C#
☑ CBA Core
☑ 9i CBA

CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE 8i  9i DBA
100% Guarantee
Immediate Download

OVER 90 CHEET SHEET
MCSE MCSA MCSD
MCDBA MCSD NT
CCNA CCDA CCNP
CCDP CCIE SCNA
A+ N+ NETWORK+
SERVER+ INET+
8i 9i DBA CNA CO
FOR THE PRICE OF ONE

---

**Microsoft:**
FREE MCSE 2003 | MCSD
MCSA 2003 | MCAD
FREE MCDBA | NET

**CompTIA:**
FREE A+ 2003
FREE Network+
Security+

i-Net+
Linux+
Server+

**Cisco:**
CCNA
CCNP
More

**More Titles:**
CISSP
and more FREE
Online Courses

to top

home | mcse braindumps | mcsd braindumps |
ccna braindumps | cna braindumps | a+ braindumps |
about us | contact info | privacy policy | my account | my cart | disclaimer

Google
Site-Flavored BETA

Custom Search

MCSE : MCSE 2003 : MCSA : MCSA 2003 : MCSE 2000 Security : MCDBA : CCNA : CCNP : New CCNP : MCSD.NET : A+ : CCIE : MCAD.NET : CCSP : CCEA : CCDP : MCSD : CCDA : 9i DBA
MCSE-Certification-Braindumps

Web Hosting   Cheap Web Hosting   Search Engine Optimization and Web Hosting By 1-HIT.COM   Web Site Hosting   Website Hosting   Web Hosting   Scripts   Web Design   Web Development   Web Site Design

Braindumps.com Copyright © 2004

Welcome **seans@prestongates.com**  Logout  My Account

| Whois  braindumpcentral.cor ❯ | Domain Suggestions ❯ | For Sale ❯ | Auctions ❯ | Domain Search ❯ | Domain Monitor | Domain Directory |

| Ping ❯ | Traceroute ❯ | My IP Address | Cheap Domain Name Registration | Bulk Check | Logo Contest | *more* ❯ |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy new | Advanced Auction | XML API |



**Text Link Ads**

**Monetize Your Domains**
Sell Text Link Ads and start earning cash for your space today.
www.text-link-ads.com

*Sponsor DomainTools!*
*Permanent ad space available now.*
• 3 Monthly spots available.
• 250x100 space. No animations.
• Display your company or product logo.
• The smartest domain audience.

# Whois Record for Braindumpcentral.com

## Page Information

| | |
|---|---|
| **Website Title:** | |
| **Record Type:** | Domain Name |
| **Meta Description:** | Brain Dump Central is the premiere resource for MCSE, MCSD, CNA and A+ certification. Our superior dump and display method easily make this the best dump on the web. |
| **Meta Keywords:** | brain dump, mcse brain dump, mcse, mcsd, cna, a+, certification, windows 2000, oracle, novell, Microsoft, network, comptia, heaven, practice exams, study guides, certification, braindumpcentral, braindumpcentral.com |

## Indexed Data

| | |
|---|---|
| **DMOZ Directory:** | BrainDump |
| **DMOZ Title:** | Brain Dump Central |
| **DMOZ Description:** | Questions, answers and exhibits to certification exams for most major vendors. Thousands of questions. |
| **Alexa Related Sites:** | 11 listings |
| | braindumps.com, chinacertify.com, cheat-test.com, certificationking.net, braindumps.biz, brain-dumps.net, allbraindumps.com, fromru.com, braindumps.info, allitcertkiller.com, exactquestions.com, |
| **Alexa Trend/Rank:** | ⇩ 696,601 (1 Month) 414,751 (3 Month) |

## Server Data

| | |
|---|---|
| **Server Type:** | Microsoft-IIS/5.0 |
| **IP Address:** | 209.40.126.225 Ⓦ Ⓟ Ⓓ Ⓣ |
| **IP Location:** | ▨ - District Of Columbia - Washington - Hopone Internet Corporation |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear (history) |
| **SSL Cert:** | No valid SSL on this Host |
| **Website Status:** | Active |
| **Reverse IP:** | 50 other sites hosted on this server |

**Thumbnail: 2005-11-07**



Queue Thumbnail For Update

## Other TLDs  Show Key

| .com | .net | .org | .info | .biz | .us |
|---|---|---|---|---|---|
| Ra | Ra | Ra | ☐ | ☐ | ☐ |

Add to Cart

## Domain History

We have recorded 14 Whois changes for braindumpcentral.com since 2003-02-03. View them with our Domain History tool.

## Monitor

Watch this domain for changes using our Monitor Tool.

## Reverse IP

There are 50 other sites hosted on this webserver. View a sample with Reverse IP.

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | ENOM, INC. |
| **Created:** | 09-Apr-2001 |
| **Expires:** | 09-Apr-2010 |
| **Registrar Status:** | REGISTRAR-LOCK |
| **Whois Server:** | whois.enom.com |
| **Name Server:** | DNS5.NAME-SERVICES.COM |
| **Whois History:** | 14 records have been archived |

**Whois Record**

```
=-=-=-=

Registration Service Provided By: Certification Trendz
Contact: admin@testmatrix.net

Domain name: braindumpcentral.com

Registrant Contact:
  -
  Ove Lundberg ( admin@testmatrix.net )
  706267479
  Fax: none
  Sernanders vag 9:516
  Uppsala, 75262
  SE

Administrative Contact:
  NA
  Braindump Central ( info@braindumpcentral.com )
  +91.5555555555
  Fax:
  877, Adarsh Nagar
  Oshiwara, MR 50310
  IN

Technical Contact:
  NA
  Braindump Central ( info@braindumpcentral.com )
  +91.5555555555
  Fax:
  877, Adarsh Nagar
  Oshiwara, MR 50310
  IN

Status: Locked

Name Servers:
  dns1.name-services.com
  dns2.name-services.com
  dns3.name-services.com
  dns4.name-services.com
  dns5.name-services.com

Creation date: 09 Apr 2001 14:49:40
Expiration date: 09 Apr 2010 14:49:40
=-=-=-=
```

**Backorder**

Set a backorder so you can own braindumpcentral.com when it becomes available.

**Domains for Sale**

| Domain | Price |
|---|---|
| FtpDump.com | $75.00 |
| DumpDolls.com | $105.00 |
| DumpKins.com | $110.00 |
| WasteDump.com | $500.00 |
| SpaceDump.com | $500.00 |
| Dump.info | $628.00 |
| DumpI.com | $753.00 |
| ArticulatedDump.com | $999.00 |
| TownDump.com | $1,000.00 |
| DumpDomains.com | $1,255.00 |
| DataDump.com | $1,888.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| DumpTheFat.com | 06-25-2006 |
| DropWeightNow.com | 06-26-2006 |
| TossSkateboard.com | 06-26-2006 |
| TheDropFood.com | 06-26-2006 |
| TossBoardShop.com | 06-26-2006 |
| InformDropMore.com | 06-26-2006 |
| TheDropMeals.com | 06-26-2006 |
| TossRideShop.com | 06-26-2006 |
| TheDropDelivery.com | 06-26-2006 |
| DropTheMind.com | 06-26-2006 |
| StateOfFloridaDrop.com | 06-26-2006 |
| DateOrDump.net | 06-26-2006 |





**Real-Exams**
A+ Certification at
CertifyExpress: MCSE,
CCNA Certification, A+ and
many more.

**BRAINDUMPS**
◇ Master Dumps
◇ New Dumps
◇ Top Dumps
◇ Submit a Dump

**QuickCert**
Quality Professional
Certification Resources
and Exam Training Tools.
Do it fast - Do it Now.

➔ **3COM** (1)
   3M-700 (1)
➔ **Adobe**
➔ **APC**
➔ **Apple** (7)
   9L0-401 (1)
   9L0-607 (1)
➔ **BEA**
➔ **BICSI**
➔ **Checkpoint** (100)
   156-210 (73)
   156-310 (20)
   156-510 (1)
➔ **Cisco** (765)
   350-001 (36)
   350-018 (1)
   640-801 (280)
   640-811 (12)
   640-821 (4)

| Microsoft: | | MCSD | CompTIA: | | Cisco: | | More Titles: |
|---|---|---|---|---|---|---|---|
| FREE MCSE 2003 | MCSA | MCAD | FREE A+ 2003 | | CCNA | | CISSP |
| MCSA 2003 | | NET | FREE Network+ | | CCNP | | and more FREE |
| FREE MCDBA | | | Security+ | | More | | Online Courses |

| Microsoft | MCSE | MCSA | MCDBA | MCSD | NET | Comptia | A+ | iNet+ | Network+ | Server+ |
|---|---|---|---|---|---|---|---|---|---|---|
| Cisco | CCNA | 070-210 | 070-217 | 070-220 | | Oracle | 8i 9i | Citrix | CCA | CCA XP |
| | CCDP | CCNP | 070-215 | 070-218 | 070-228 | Novell | CNA | Checkpoint | CCSA | CCSE |
| | | CCIE | 070-216 | 070-219 | 070-229 | Sun | SCSA | CIW | Sec. Analyst | Admin |

◇ **Testking** - The acknowledged leader in Certification Preparation
◇ **real-exams** - We have the Questions you will see in your Exams
◇ **ExactQuestions** - Register for free and Take FREE IT Courses! Click Here!
◇ **Exact-Exams** - Quality Exam Preparation - Available NOW!
◇ **Actual-Exams.com** - Actual Exams, Verified Answers, Great Prices
◇ **QuickCert.com** - Quick Cert - Only a fool would try anything less!

**Now featuring: Master Dumps!**
What is a Master Dump? A comprehensive dump of questions with answers you VOTE on and explanations YOU submit!
We just edit. It's all here. **Check them out!**

**UPDATED DAILY!**
Fastest growing! Hundreds of braindumps added every week! Best exam coverage! Braindumps now covers more than
110 exams! **View our NEWEST DUMPS HERE.**

**TOP QUALITY DUMPS!**
Browse our best dumps in our specially selected **TOP DUMPS** section.

◇ **Real-Exams.com** - Real Exams for MCSE, CCNA, CCNP, CCIE, MCSA, ORACLE, Comptia – Just released!!
◇ **Exact-Exams.com** - Real Questions, Real Answers

**Disclaimer!**
Braindumps.com relies on the user to submit dumps for the site and will not tolerate the submission of known copyrighted
material. Due to the large number of submissions, it is difficult to monitor all questions to ensure no copyrighted material is
used. If known copyrighted material is found on this site, please notify dumps@braindumps.com immediately.

◇ **ExactQuestions.com** - Get the Exact Questions and Answers

**CCNA Certification, CCNP, MCSE Training, MCSA, A+ Certification, CISSP Training.**

You have reached the Braindumps Heaven at Braindumps.com. This is the home of quality MCSE braindumps and CCNA
brain dumps for your certification and exam preparation. Ensure your certification success with our MCSE braindumps
and CCNA brain dumps. Each MCSE braindump is chock full of training and resources for your upcoming MCSE
certification exam. CCNA brain dumps are complete with sample questions and study guide related scenarios. The CCNA
brain dumps and MCSE braindumps are your first and best choices for guaranteed certification preparation.

**TOP RESOURCES**
◇ Certify Express
◇ CertYourself
◇ Cram4Exams
◇ MCSE Braindumps
◇ Certification Success
◇ Certification Links

CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE  8i  9i  DBA
100% Guarantee
Immediate Download

**MEMBER ZONE**
◇ Log In
**SHOPPING CART**
◇ View Cart
**LINK PARTNERS**
◇ Certified
◇ Shareware Download

TRY FREE
**Course Titles**
Practice   MCSE
Exams      MCSA
           A+
Job Search Network+
Tools &    CCNA
Utilities  CISSP

What do you get when you download a braindump? You get high octane MCSE braindump fuel, and a rotary engine-like chassis with the CCNA brain dump. Step out of the rush hour traffic of normal run-of-the-mill certification training techniques. Gear up and wheel into the braindumps speedway with our MCSE braindumps and CCNA brain dumps! Each braindump nearly qualifies for a five-point harness, to keep you from receiving whip-lash when studying for your next MCSE braindumps or CCNA brain dump exam. Make no mistake about it, the only way you could obtain your certifications faster, is if you had rocket fuel strapped to your chair. Our methods are a bit less treacherous, and certain to excel your IT career. Try a MCSE braindump or CCNA brain dump today!

Are you seeking MCSE Training, CCNA Certification, CCNP, MCSA, CISSP, Network+, Security+ or A+ certification? Braindumps can supply you with the tools and resources necessary to accomplish your IT training goals. MCSA, MCSE Training, A+ Certification, CCNA, CISSP, Network+, Security+, CCNP Training and Certification professionals specializing in Microsoft, Cisco and CompTIA certifications and study materials for passing the A+ Certification, CISSP, MCSE Certification, Network+, Security+, CCNA Training, CCNP, and MCSA certification have prepared for you the certification candidate, grade A tools and support to guarantee your certification success. There is no single distributor of all your study aides, for passing your MCSE Training, CISSP, MCSA Certification, CCNA, CCNP, Network+ Training, Security+ or A+ certification exams, that can provide you the complete training package, like Braindumps.

Your MCSE Training, CCNA, CCIE Certification, CISSP, Network+ Training, Security+, MCSA, CCNP certification is GUARANTEED!

Using the Braindumps 4x method of certification training, we can guarantee your success on your next CCNA, Network+, Security+, MCSA, MCSE Training, CCIE Certification, CCNP and A+ certification. For your MCSA, CCNA Certification, CISSP Training, A+ Certification, CCNP, CCIE, Network+, Security+, MCSE training, we provide: CCNA Study Guides, MCSE Case Studies, CISSP Practice Exams, and our online Testing Engine. Combined with the knowledge and practical know-how of today's leading IT training and certification experts - we confidently GUARANTEE your certification success. Our experts are specialized in MCDST, MCSA, MCSE Training, CCNA Certification, CCNP, Network+ Training, Security+ and A+ Certification skill building.

**Legal Disclaimer!**

While braindumps.com makes every effort to present accurate and reliable information on this Internet site, braindumps.com does not endorse, approve or certify such information, nor does it guarantee the accuracy, completeness, efficacy, timeliness or correct sequencing of such information. Use of such information is voluntary and reliance on it should only be undertaken after an independent review of its accuracy, completeness, efficacy and timeliness. Reference herein to any specific commercial product, process or service by trade name, trademark, service mark, manufacturer or otherwise does not constitute or imply endorsement, recommendation or favoring by braindumps.com. Braindumps.com Website does not solicit nor accepts copyright Material, nor any material pertaining to any type of certifications. Braindumps.com (including its employees and agents) assumes no responsibility for consequences resulting from the use of the information herein, or in any respect for the content of such information, including (but not limited to) errors or omission, the accuracy or reasonableness of factual or scientific assumptions, studies or conclusions, the defamatory nature of statements, ownership of copyright or other intellectual property rights and the violation of property, privacy or personal rights of others. Braindumps.com is not responsible for, and expressly disclaims all liability for, damages of any kind arising out of use, reference to or reliance on such information. No guarantees or warranties, including to (but not limited to) any express or implied warranties of merchantability or fitness for any particular use or purpose, are made by Braindumps.com with respect to such information.

- 640-861 (6)
- 642-104 (1)
- 642-432 (3)
- 642-501 (1)
- 642-502 (2)
- 642-521 (1)
- 642-522 (1)
- 642-522 (1)
- 642-582 (1)
- 642-801 (18)
- 642-811 (12)
- 642-821 (6)
- 642-831 (6)
- 642-871 (1)
- 642-891 (1)
- 646-202 (3)
- 646-301 (1)
- **Citrix (251)**
  - 1Y0-222 (44)
  - 1Y0-223 (1)
  - 1Y0-256 (7)
  - 1Y0-913 (8)
  - 1Y0-962 (17)
  - 1Y0-972 (2)
  - 1Y0-992 (8)
- **CIW (68)**
  - 1D0-420 (8)
  - 1D0-425 (5)
  - 1D0-450 (3)
  - 1D0-460 (2)
  - 1D0-470 (10)
  - 1D0-510 (2)
- **Comptia (665)**
  - 220-301 (81)
  - 220-302 (66)
  - 225-020 (6)
  - EK0-001 (3)
  - IK0-002 (17)
  - N10-003 (44)
  - PK0-002 (6)
  - SK0-002 (4)
  - SY0-101 (112)

Search Engine Optimization and Web Hosting By I-HIT.COM

CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE  8i  9i  DBA
100% Guarantee
Immediate Download

CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE  8i  9i  DBA
100% Guarantee
Immediate Download

CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE  8i  9i  DBA

**100% Guaranteed**
CCNA  CCDA  CCNP
CCDP  CCIE  MCDBA
MCSE  MCAD  MCSD
A+  I-NET+  SERVER+
ORACLE  8i  9i  DBA
**real-exams.com**

MCSE  MCSD  MCDBA
MCSA  CCNA  CCDA
CCNP  CCDP  CCIE
SUN  ONE  SERVER+
INET+  A+  N+  LINUX+
ORACLE 8i  9i  DBA

**SPONSOR LINKS**

36

Web Hosting   Cheap Web Hosting   Web Site Hosting   Website Hosting   Web Hosting   Web Hosting   Scripts   Web Hosting   Web Development   Web Site Design
Webmaster Forum

- TK0-201 (2)
- XK0-002 (2)
- ➤ **CWNA** (12)
    - PW0-100 (12)
- ➤ **DELL**
- ➤ **ECCouncil** (11)
    - 312-50 (11)
- ➤ **EMC** (1)
    - E20-050 (1)
- ➤ **Exam Express**
- ➤ **Exin** (1)
    - EX0-100 (1)
- ➤ **Extreme Networks**
- ➤ **Fortinet**
- ➤ **HDI** (2)
    - QQ0-100 (2)
- ➤ **HP** (10)
    - HP0-091 (2)
    - HP0-402 (1)
    - HP0-500 (2)
    - HP2-005 (1)
- ➤ **Huawei** (1)
    - GB0-180 (1)
- ➤ **Hyperion**
- ➤ **IBM** (31)
    - 000-071 (1)
    - 000-222 (1)
    - 000-232 (1)
    - 000-285 (4)
    - 000-297 (1)
    - 000-355 (2)
    - 000-382 (1)
    - 000-513 (5)
    - 000-516 (1)
    - 000-700 (3)
- ➤ **Isaca**
- ➤ **ISC** (9)
    - CISSP (8)
    - SSCP (1)
- ➤ **ISEB**
- ➤ **ISM**
- ➤ **Juniper** (2)

☑ FREE Practice Exams! (Online)
☑ FREE Practice Exams! (Offline)
☑ FREE Studyguides, eBooks, Online Courses
☑ Jobs, Downloads and Books

| Windows 2000/XP Exchange SQL |
| CCNA CCDA CCNP CCDP CCIE |
| CompTIA A+ Network+ iNet+ |
| Oracle MOUS CIW LINUX |

Microsoft MCSE MCSA MCDBA MCSD NET   Comptia A+   I-Net+   Network+   Server+

| Cisco CCNA | 070-210 | 070-217 | 070-220 | Oracle 8i 9i | Citrix CCA CCA XP |
| CCDA CCNP | 070-215 | 070-218 | 070-228 | Novell CNA | Checkpoint CCSA CCSE |
| CCDP CCIE | 070-216 | 070-219 | 070-229 | Sun SCSA | CIW Sec. Analyst Admin |

MCSE MCAD MCDBA MCSD MCSA CCNA CCDA CCNP CCDP CCIE CNA CNE
COMPTIA A+ INET+ SERVER+ ORACLE 8i 9i DBA ORACLE DEV SCNA SCSA
MASTER CIW ADMIN CIW SEC. ANALYST 100% Guaranteed Immediate Download

© 2004 braindumps.com

➪ **TestKing**
Guarantee your certification success!

➪ **BrainDumpCentral**
The better way to dump

➪ **real-exams.com**
We have the Questions you will see in your Exams

➪ **Exact-Exams.com**
Real-Questions, Real Answers

➪ **Actual-Exams.com**
Pass Certification Exams - First Try Guaranteed

37

JN0-540 (2)

➔ **Legato**
➔ **Linux Professional Institute (LPI)** (14)
  117-101 (12)
  117-102 (1)
  117-201 (1)

➔ **Lotus** (46)
  190-510 (6)
  190-513 (1)
  190-520 (27)
  190-521 (3)
  190-522 (1)
  190-601 (1)
  190-610 (6)
  190-620 (1)

➔ **McAfee**
➔ **Microsoft** (18182)
  10-184 (31)
  70-086 (36)
  70-089 (1)
  70-210 (1251)
  70-214 (125)
  70-215 (1394)
  70-216 (1898)
  70-217 (913)
  70-218 (936)
  70-219 (964)
  70-220 (479)
  70-221 (415)
  70-222 (107)
  70-223 (58)
  70-224 (499)
  70-225 (48)
  70-226 (20)
  70-227 (166)
  70-228 (567)
  70-229 (797)
  70-232 (5)
  70-234 (9)
  70-244 (66)
  70-270 (498)

Braindumps, MCSE Braindump, CCNA Brain Dumps - Braindumps

38

70-271 (84)
70-272 (40)
70-281 (1)
70-282 (9)
70-284 (81)
70-285 (3)
70-290 (741)
70-291 (175)
70-292 (607)
70-293 (76)
70-294 (72)
70-296 (309)
70-297 (41)
70-298 (86)
70-299 (27)
70-300 (820)
70-301 (3)
70-305 (642)
70-306 (501)
70-310 (359)
70-315 (634)
70-316 (339)
70-320 (257)
70-330 (10)
70-340 (6)
70-350 (6)
70-431 (5)
74-135 (4)
MOS-A2K (1)
MOS-E2E (1)
MOS-EXP (1)
MOS-OXP (1)
MOS-W2K (1)
MOS-WXP (3)
➜ **Mile**
➜ **Network Appliance**
➜ **Nortel** (2)
    920-160 (1)
    920-501 (1)
➜ **Novell** (146)
    50-632 (11)
    50-653 (43)

**39**

50-654 (6)
50-658 (1)
50-677 (1)
➜ **Oracle** (1530)
1Z0-001 (93)
1Z0-007 (302)
1Z0-023 (17)
1Z0-024 (11)
1Z0-025 (12)
1Z0-026 (8)
1Z0-030 (19)
1Z0-031 (282)
1Z0-032 (255)
1Z0-033 (341)
1Z0-040 (28)
1z0-042 (7)
1z0-101 (11)
1z0-131 (10)
1z0-132 (11)
1z0-140 (7)
1z0-141 (38)
1z0-147 (71)
1z0-301 (1)
➜ **PMI** (17)
PMI-001 (17)
➜ **Polycom**
➜ **Retired** (2)
➜ **SAIR**
➜ **SAS**
➜ **SCP**
➜ **SeeBeyond**
➜ **SNIA**
➜ **Sun** (278)
310-011 (81)
310-012 (25)
310-014 (56)
310-015 (28)
310-025 (14)
310-035 (45)
310-043 (7)
310-044 (7)
310-051 (2)

8/10/2006

Braindumps, MCSE Braindump, CCNA Brain Dumps - Braindumps

**40**

310-055 (5)
310-081 (1)
310-301 (1)
➜ **Sybase (1)**
510-020 (1)
➜ **Symantec**
➜ **Teradata**
➜ **TIA**
➜ **TruSecure**
➜ **Veritas**
➜ **VMware**