1

The Honorable James L. Robart

2

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

3

4

5

6

06-CV-01116-ORD

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

MICROSOFT CORPORATION, a
Washington Corporation,

Plaintiff,

v.

SHAHZAD SHAHNAWAZ, an individual;
OVE LUNDBERG, an individual;
CERTIFICATION TRENDZ, LTD., a
foreign corporation, and JOHN DOES 4-20
d/b/a/ "Testking,"

Defendants.

10

11

12

13

14

15

No. C06-1116JLR

STIPULATED PERMANENT
INJUNCTION

16

## STIPULATION

17

Plaintiff Microsoft Corporation ("Microsoft") and defendants Shahzad Shahnawaz,

18

Ove Lundberg, Certification Trendz, Ltd., respectfully move for, and stipulate to, entry of the

19

following Order.

20

DATED this 2nd day of April, 2007.

21

22

s/ David A. Bateman
David A. Bateman, WSBA # 14262
Attorneys for Plaintiff
Microsoft Corporation

23

24

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158

25

26

s/ Michael G. Atkins
Michael G. Atkins, WSBA # 26026
Attorneys for Defendants
Shahzad Shahnawaz, Ove Lundberg and
Certification Trendz, Ltd.

GRAHAM & DUNN PC
Pier 70
2801 Alaskan Way, Suite 300

STIPULATED PERMANENT
INJUNCTION - 1
Case No. C06-1116JLR
K:\001103\02908\DAB\DAB_P23UO

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Phone: (206) 623-7580
Fax: (206) 623-7022
Email: david.bateman@klgates.com

Seattle, WA 98121-1128
Phone: (206) 340-9614
Fax: (206) 340-9599
Email: matkins@grahamdunn.com

s/ Robert A. Auchter
Robert A. Auchter, *pro hac vice*
T. Monique Jones, *pro hac vice*
Attorneys for Defendants
Shahzad Shahnawaz, Ove Lundberg and
Certification Trendz, Ltd.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1875 Eye Street, N.W.
Suite 300
Washington, DC 20006
Phone: (202) 736-2703
Fax: (202) 223-8604
Email: raauchter@rkmc.com

## ORDER

Based on the foregoing Stipulation of the parties, it is hereby ORDERED as follows:

1.    Pursuant to Civil Rule 65(d), Defendants Shahzad Shahnawaz, Ove Lundberg, Certification Trendz, Ltd., (collectively referred to as "Defendants"), their agents, contractors, employees, affiliated or related companies and entities, assignees, and successors-in-interest, and those in active concert or participation with them, are permanently enjoined from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

   a.    registering for or subscribing to any Microsoft Certification Programs in the future;

   b.    copying, using, marketing, selling, distributing, publishing, reproducing, disseminating, offering or otherwise transferring in any way any actual Microsoft Certification Exam, or any portion thereof;

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1             c.       infringing any of Microsoft's intellectual property rights to its

2 Certification Exams, including but not limited to, by directly or indirectly owning or

3 operating any Internet website at which infringing materials are sold or made available

4 or by knowingly aiding or abetting infringement by others of Microsoft's intellectual

5 property rights to its Certification Exams;

6             d.       infringing any of Microsoft's Registered Trademarks, Servicemarks, or

7 Copyrights or knowingly aiding or abetting infringement by others of Microsoft's

8 Registered Trademarks, Servicemarks, or Copyrights.

9       2.       For a period of three years from entry of this Order, Defendants shall not

10 transfer the domain names listed on the attachment to this Order from their current registrar,

11 Enom, Inc.. Any and all domain name registrars, including but not limited to Enom, Inc., are

12 hereby directed to prevent transfer of those domain names to another domain name registrar

13 during this three year period.

14       3.       This Court will retain jurisdiction for the purpose of enforcing this Permanent

15 Injunction.

16       **DATED** this _____ day of _____, 2007.

17

18

19            The Honorable James L. Robart

20

21

22

23

24

25

26

STIPULATED PERMANENT
INJUNCTION - 3
Case No. C06-1116JLR
K:\00103\02908\DAB\DAB_P23UO

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF system which will send notification of such filing to the following:*

> Michael G. Atkins
> Graham & Dunn PC
> 2801 Alaskan Way, Suite 300
> Seattle, WA 98121-1128
>
> Robert A. Auchter
> T. Monique Jones
> Robins, Kaplan, Miller & Ciresi LLP
> 1875 Eye Street NW, Suite 300
> Washington, DC 20006

> s/ David A. Bateman
> David A. Bateman, WSBA # 14262
> Attorneys for Plaintiff
> Microsoft Corporation
>
> *Kirkpatrick & Lockhart Preston*
> Gates Ellis LLP
> 925 Fourth Ave., Suite 2900
> Seattle, WA 98104-1158
> (206) 623-7580
> (206) 623-7022 (Fax)
> david.bateman@klgates.com

STIPULATED PERMANENT
INJUNCTION - 4
Case No. C06-1116JLR
K:\00103\02908\DAB\DAB_P23UO

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

The Honorable James L. Robart

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE
9
10  MICROSOFT CORPORATION, a
    Washington corporation,                     No.  C06-1116JLR
11
                      Plaintiff,
                                                 PRAECIPE TO ATTACH
12       v.                                      DOCUMENT

13  SHAHZAD SHAHNAWAZ, an individual;            [CLERK'S ACTION REQUIRED]
    OVE LUNDBERG, an individual;
14  CERTIFICATION TRENDZ, LTD., a
    foreign corporation, and JOHN DOES 4-20
15  d/b/a/ "Testking,"

16                    Defendants.

17
    TO THE CLERK OF THE COURT:
18
          Plaintiff Microsoft Corporation hereby requests the Clerk to please add the pages
19
    submitted herewith as an attachment to the Stipulated Permanent Injunction (Docket No. 38)
20
    that was filed on April 2, 2007.
21
          DATED this 3rd day of April, 2007.
22
                                       KIRKPATRICK & LOCKHART PRESTON GATES
23                                     ELLIS LLP

24
                                       s/ David A. Bateman
25                                     David A. Bateman, WSDA # 14262
                                       Attorneys for Plaintiff
26                                     Microsoft Corporation

PRAECIPE TO ATTACH DOCUMENT - 1
K:\00103\02906\DAB\DAB_P23UV

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: david.bateman@klgates.com

PRAECIPE TO ATTACH DOCUMENT - 2

K:\00103\02908\DAB\DAB_P23UV

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

        Michael G. Atkins
        Graham & Dunn PC
        2801 Alaskan Way, Suite 300
        Seattle, WA 98121-1128

        Robert A. Auchter
        T. Monique Jones
        Robins, Kaplan, Miller & Ciresi LLP
        1875 Eye Street NW, Suite 300
        Washington, DC 20006

                        s/ David A. Bateman
                        David A. Bateman, WSBA # 14262
                        Attorneys for Plaintiff
                        Microsoft Corporation

                        Kirkpatrick & Lockhart Preston
                        Gates Ellis LLP
                        925 Fourth Ave., Suite 2900
                        Seattle, WA 98104-1158
                        (206) 623-7580
                        (206) 623-7022 (Fax)
                        david.bateman@klgates.com

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| Domain |
|---|
| 123cert.com |
| actual-exams.com |
| actualtests.net |
| audioexam.com |
| braindumpcentral.com |
| braindumps.com |
| braindumps.net |
| braindumps-central.com |
| braindumps-paper.com |
| braindumps-search.com |
| braindumps-tutorial.com |
| braindumpsinfo.com |
| braindumpsmail.com |
| ccnatoday.com |
| certguide.com |
| certheaven.com |
| certhq.com |
| certificationheaven.com |
| certification-offer.com |
| certification-online-program.com |
| certification-paper.com |
| certification-portal.com |
| certification-tutorials.com |
| certificationsuccess.com |
| certificationtodaynetwork.com |
| certifyexpress.com |
| certlibrary.com |
| certyourself.com |
| certyourself.net |
| chezjobs.com |
| ciscobraindumps.com |
| cram4exams.com |
| exact-exams.com |
| exactquestions.com |
| examcrams.com |
| exam-sheets.com |
| goweblog.com |
| industrygeeks.com |
| mcdbatoday.com |
| mcsdtoday.com |
| mcsebraindumps.com |
| mcse-certification-braindumps.com |
| mcseguide.com |
| mcsetoday.com |
| microsoft-braindumps.com |
| microsoft-training-exam.com |

| |
|---|
| nerdom.com |
| networkdesigner.net |
| only-braindumps.com |
| only-certification.com |
| perfect-braindumps.com |
| perfectseo.com |
| questions-central.com |
| real-exams.com |
| studyguide-testking.com |
| tech-articles.com |
| tech-resource.org |
| tech-script.com |
| testking.com |
| testking.biz |
| testking.net |
| testkingaudio.com |
| testkinglabs.com |
| testkingstudyguides.com |
| thehostingguru.com |
| tophostslist.com |
| training-test-paper.com |
| true-exams.com |
| zenscripts.com |
| zenseochat.com |