Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAHZAD SHAHNAWAZ, an individual; OVE LUNDBERG, an individual; and CERTIFICATION TRENDZ, LTD., a foreign corporation, d/b/a "Testking,"<br><br>　　　　　　　　Defendants. | No. 2:06-cv-01116-JLR<br><br>**PLAINTIFF MICROSOFT'S REQUEST TO STRIKE MOTION FOR ORDER TO SHOW CAUSE** |

　　　　Plaintiff Microsoft Corporation respectfully requests the Court to strike its Motion for Order to Show Cause (Dkt. # 46) for the reason that all claims between the parties have been resolved.

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFF MICROSOFT'S REQUEST TO STRIKE
MOTION TO SHOW CAUSE
NO. 2:06-cv-01116-JLR – Page 1

Yarmuth Wilsdon Calfo
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1   A proposed Order is submitted herewith.

2

3   DATED this 5th day of May, 2011.

4

5   **YARMUTH WILSDON CALFO PLLC**

6

7   By  /s/ John H. Jamnback
    Scott T. Wilsdon, WSBA No. 20608
8       John H. Jamnback, WSBA No. 29872
    Jeremy E. Roller, WSBA No. 32021
9

10  818 Stewart Street, Suite 1400
    Seattle, WA 98101
11  206.516.3800
    206.516.3888 (facsimile)
12  wilsdon@yarmuth.com
    jjamnback@yarmuth.com
13  jroller@yarmuth.com

14  Attorneys for Plaintiff Microsoft Corporation

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF MICROSOFT'S REQUEST TO STRIKE
MOTION TO SHOW CAUSE
NO. 2:06-cv-01116-JLR – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Robert A. Auchter, Esq.
Brandon M. Jordan, Esq.
McKool Smith
1700 K Street NW, Suite 740
Washington, DC 20006
rauchter@McKoolSmith.com
bjordan@mckoolsmith.com

Jessica Goldman
Summit Law Group, LLC
315 Fifth Ave South, Suite 1000
Seattle, WA 98104-6282
jessicag@summitlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of May, 2011 at Seattle, Washington.

      /s/ *Colette Saunders*
Colette Saunders
Legal Assistant

PLAINTIFF MICROSOFT'S REQUEST TO STRIKE
MOTION TO SHOW CAUSE
NO. 2:06-cv-01116-JLR – Page 3

425.44 lc283004 5/5/11

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888